# EXHIBIT 3

CNN    Yahoo Mail    American Express C...    Cuyahoga County C...    City of Cleveland ::...    https://mytickets.tic...    Log In ‹ Hennes Co...

Good evening,

I'm writing to alert you all to some significant developments in our understanding of the accuracy of a recent magazine story, "The Mad, Mad World of Niche Sports Among Ivy League—Obsessed Parents," by Ruth Shalit Barrett. You can read an editor's note now attached to the story here:

https://www.theatlantic.com/magazine/archive/2020/11/squash-lacrosse-niche-sports-ivy-league-admissions/616474/

New information establishes that Barrett was complicit with a source in the story, referred to as "Sloane," in an effort to deceive *The Atlantic* and its readers about the makeup of Sloane's family. The article originally included a reference to a son of Sloane's, but this was a fabrication to make Sloane less identifiable, because she was concerned about maintaining anonymity. Both Barrett and Sloane lied about this to the fact-checking department.

We became concerned about certain details of the story last week and have been rechecking it; we just confirmed Barrett's role in the fabrication of the son this afternoon.

It is crucial for us to understand fully the scope of deceptions and errors in the article, and we are still working toward that goal. In addition to the lie about the son, we have so far identified and corrected a number of smaller errors. We ask for your patience and discretion as we continue our investigation.

I want to assure you that, in the coming days, we will examine all of the processes involved in the assignment and publication of the article, and work to reform them so that this doesn't happen again.

There is no doubt, however, that our choice of writer played the largest role. In 1999, when Barrett (her married name) was known by Ruth Shalit, she left *The New Republic*, where she was an associate editor, after plagiarism and inaccurate reporting were discovered in her work.

As we state in our editor's note, we decided to assign Barrett this freelance story in part because more than two decades separated her from her journalistic malpractice, and because she had been published in recent years in reputable magazines. But this was self-evidently an act of poor judgment on our part, and one we regret: The assignment was a mistake.

So was the initial byline under which the piece ran. We typically defer to authors on how their byline appears, and originally we referred to Barrett as Ruth S. Barrett at her request. In the interest of transparency to our readers, we should have included the name that she used in her byline in the 1990s. We have changed the byline on this article to Ruth Shalit Barrett.

We'll have a chance to talk about all of this the next time we're together; in the interim, please feel free to email me or Denise or Adrienne or Jeff.

I am sorry to deliver this news, and sorry this happened in the midst of all the great work all of you do. We will keep you posted on any major developments.

-Don