IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUTH SHALIT BARRETT**, <br><br> Plaintiff, <br><br> v. <br><br> **THE ATLANTIC MONTHLY GROUP LLC**, <br><br> and <br><br> **DONALD CHRISTOPHER PECK**, <br><br> Defendants. | **NOTICE OF ERRATA** <br><br> Case No.: 1:22-cv-00049 |

## NOTICE OF ERRATA

Plaintiff Ruth Shalit Barrett, by and through the undersigned counsel, respectfully provides notice of certain typographical errors to Plaintiffs' Complaint which Plaintiff filed in this court on Friday, January 7, 2022 (ECF No. 1) ("Complaint"). These errors appear in paragraphs 4, 5, 9, 12, 13, 14, 20, 23, 28, 30, 31, 40, 56, 69, 78, 82, 118, 121 and subheading IV.A. While Plaintiff regrets these errors, none of the errors are substantive. The Errata Complaint is attached hereto as Exhibit 1. Plaintiff will also file a Motion to Seal, together with the confidential version of the Errata Complaint.

Dated: January 8, 2022

/s/ *Hassan A. Zavareei*
Hassan A. Zavareei (DC Bar No. 456161)
Leora Friedman (DC Bar No. 1735514)
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com
lfriedman@tzlegal.com

Elliot C. Rothenberg (*pro hac vice forthcoming*)
Attorney at Law
124 Groveland Avenue
Minneapolis, MN 55403-3607
Telephone: (612) 508-5373
ecrothenberg@gmail.com