AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Ruth Shalit Barrett | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00049-EGS |
| The Atlantic Monthly Group LLC et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants The Atlantic Monthly Group LLC and Donald Christopher Peck.

Date: 03/09/2022

/s/ Stephen J. Fuzesi
*Attorney's signature*

Stephen J. Fuzesi (D.C. Bar. No. 496723)
*Printed name and bar number*

Williams & Connolly LLP
725 12th Street NW
Washington, DC 20005
*Address*

sfuzesi@wc.com
*E-mail address*

(202) 434-5000
*Telephone number*

(202) 434-5029
*FAX number*