AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Ruth Shalit Barrett | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:22-cv-00049-EGS |
| The Atlantic Monthly Group LLC et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants The Atlantic Monthly Group LLC and Donald Christopher Peck.

Date:   03/09/2022

/s/ Whitney D. Hermandorfer
*Attorney's signature*

Whitney D. Hermandorfer (D.C. Bar. 888314222)
*Printed name and bar number*

Williams & Connolly LLP
725 12th Street NW
Washington, DC 20005

*Address*

whermandorfer@wc.com
*E-mail address*

(202) 434-5000
*Telephone number*

(202) 434-5029
*FAX number*