UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH SHALIT BARRETT,<br><br>        Plaintiff,<br><br>        v.<br><br>THE ATLANTIC MONTHLY GROUP LLC and DONALD CHRISTOPHER PECK,<br><br>        Defendants. | Civil Action No.<br>1:22-cv-00049-EGS |

**DEFENDANTS' MOTION TO DISMISS**

INDEX OF EXHIBITS

Lisa DePaulo, *The Truth About Ruth*, George (Feb./Mar. 1996) ..........................**Exhibit 1**

Letter from Allison E. Prevatt, Assistant General Counsel, The Atlantic Monthly Group LLC, to Jonathan Lyons, Lyons & Sally Law LLP (Dec. 4, 2020) ................**Exhibit 2**

i