# Exhibit 1



# George

## FEATURES

**112 Breaking Right**
John Kennedy talks to Charles Barkley about basketball, politics and why Sir Charles just might want to be Governor Charles

**118 The Devil & Arthur Miller**
*By Daniel Voll*
For decades, the playwright has defended the scorned and the powerless—from the suspected witches tried in Salem to the falsely accused citizens in today's criminal courts. As filming wraps on a Hollywood version of *The Crucible,* Miller keeps on championing the devil in us all



**122 The Truth About Ruth**
*By Lisa DePaulo*
Ruth Shalit is a fearless 25-year-old journalist who has made a name for herself by taking on some of the most powerful figures and institutions in Washington. That much everyone agrees on. What's disputed is whether she's also a reckless plagiarist, or just in over her head

**126 Just Like Martha Used to Make**
Just in time for George Washington's 264th birthday, Martha Stewart, the First Lady of Home Entertaining, offers a fabulous cherry pie recipe

**128 Standing Pat**
*By Bob Drury*
In an age when politicians are slaves to focus groups and corporate donors, GOP presidential contender Pat Buchanan's I-gotta-be-me candidacy is capturing the imagination of disillusioned voters. But will his solutions really fix America's problems?

**132 Kingmaker**
*By Mark Leyner*
Talk show titan Larry King reigns supreme at the crossroads of media and politics, and every four years, the presidential candidates dutifully genuflect at his altar

## THE ART OF POLITICS

**42 THE AMERICAN SPECTACLE
The Kindest Cut of All**
It has been said that politics is show business for ugly folks, but it doesn't have to be that way. A nip here, a tuck there, and the presidential race could be a beauty contest. By Barbara Cady

**49 PRIMARIES**
The first voters of the '96 race... Politicians relearn a grade-school ritual...George Washington's descendants...The women's duck-hunting network...Top ten buzzwords

**64 BIG IDEA Jesus in '96**
Sam Johnson and Chris Marcil conjure up a campaign scenario for the one candidate who would truly please the Christian Coalition

**COVER** Photographer: Wayne Maser; costume designer: Danielle Gisiger; stylist: William Gilchrist; groomer: Garen Tolkin/Cloutier; wig: Kristian Kraai



112

# George





86

**67 Q&A Silvestre Reyes**
The former Border Patrol chief has slammed the door on thousands of illegal aliens. Now he's looking for a way into Congress. By Anne S. Lewis

**71 Q&A Kenneth Jenkins**
In the heat of a mayoral election, the head of the Yonkers NAACP chapter decided busing was taking students down the wrong road. But when he said so, the national organization didn't want to hear it. By Nick Charles

**76 GUESSING GAME**
Political pundits are never wrong—except maybe now, as politics' Monday-morning quarterbacks make their picks for the winners and losers of '96. By Victoria Lehr

**79 THE EXPERTS SPEAK Whose Party Now?**
In an age when the parties are powerless, politics is driven by hired guns and ideologues with mailing lists. Meet the newest political animals: Atvilleans and Ideopreneurs. By James P. Pinkerton

**86 1600 PA Secret Agents**
The campaign celebrities who helped put Clinton in the White House are on their way out, as the President stocks his reelection machine with new strategists. Nina Burleigh investigates the White House's New Selflessness

**91 MEDIA WATCH The Granite Lady**
As publisher of the Manchester *Union Leader,* Nackey Loeb wields a big stick in the New Hampshire primary. Never mind that her paper's handpicked candidates hardly ever win. By Karen Lerner

**99 PLAYERS Fall of a Spin Doctor**
Jim Lake helped create the legend of Ronald Reagan and did damage control for Michael Milken. Now he's facing seven years in jail for a crime he says everyone commits. Is he telling the truth—or spinning it? By Harry Jaffe



118

128

### THE POLITICS OF ART

**138 Dear Old Dad**
George W. S. Trow sizes up Richard Brookhiser's George Washington

**143 Fantastic Voyage**
Fresh from retracing Lewis and Clark's trans-western trek, William Least Heat-Moon delves into Stephen Ambrose's treatise on these trailblazing heroes. Plus, Fanfare, a roundup of new books, music, films and television

**147 No Need to Argue**
Lou Reed singles out the Republicans for a dose of polemical pop. By Elysa Gardner

### Departments
20 Editor's Letter
28 Contributors
30 Yeas and Nays
36 We the People
40 The Scoop
162 Sign-Off

**164 If I Were President**
If the Federal government signed up some corporate sponsors and paid congressmen what they were really worth, President Jerry Jones would be happy as a clam. The Dallas Cowboys owner draws up the game plan for a just-do-it presidency

*"She's what a journalist should be. Dangerous."*
—*Andrew Sullivan, editor,* The New Republic

"I brought some props!" says Ruth Shalit, disappearing beneath the white-linened table at Washington's Vidalia restaurant. "Here," she says, emerging with Exhibit A: An article just out in *Harper's Bazaar* that describes . . . well, herself, as one of Washington's "hottest young reporters." This is just the latest evidence of the phenom that is Ruth Shalit—the 5'4" (in heels) journalistic prodigy with the little-girl voice who has kicked up a fuss in the nation's capital and beyond, less for her formidable talents as a writer than for her ability to mire herself in controversy no matter what she writes.

She has brought this article along, she says, not because it is a fawning endorsement of her work (and her "exotic-looking pug features"). Nor because it dismisses two (as of this evening) alleged acts of plagiarism thusly: "Twice in the past year and a half her breakneck writing process has led her to mistakenly insert other journalists' quotes . . . into her own pieces."

But because it shows how quickly things can get ugly when you're a rising star of journalism. When she sat for that interview—just a few short months ago—the "psychodrama" that is now her life was one or two acts behind. She passes the article across the table, waiting. For something. Over the next few hours, she will twice break down and cry (without a tear), twice announce that she's lost her appetite and must leave (without leaving),

**She's a slick Washington journalist, a true prodigy, an alleged plagiarist. At 25, Ruth Shalit doesn't just cover big stories, she is one. By Lisa DePaulo**

# the truth



bout ruth

MARC HOM

be cute and adorable (and not) and generally spin herself silly. But first there are the visuals.

"Let me get you another prop," she says. She dives beneath the table again and surfaces with a book, Paul Auster's *The New York Trilogy*. She has brought it along because it reminds her of . . . well, herself. "It's all about writing," she says, "and how you can transcend your own reality through writing."

Is that what she does?

She waves away the simple thought, impatient already. "What's *sad* is that my writing, which has always brought me such joy—and brought my parents and friends *such joy*, since I was a dorky little girl with Coke-bottle glasses—is that it's my writing that has in fact been the cause of such pain and trauma."

But enough about Auster. What I should *really* read, she instructs, is Balzac's *Lost Illusions,* "about a young reporter who tries to make it in the world."

"You ought to read Balzac if you're going to write about me," says Shalit. "Because there's something very nineteenth century about what's happening to me."

"Would you like to order?" asks the waitress.

"*Me?*" asks Ruth Shalit.

When Ruth Shalit (pronounced "shuh-*leet*") first became a rising star of journalism, it really was for all the right reasons, if those can be summed up in one word—talent. That she was possessed of gobs of it, that she was also quite brilliant, and that she also happened to be all of 23 at the time—should have been enough. With her long insightful pieces in the pages of *The New Republic,* where she went to work in January 1993, she succeeded in doing what few political journalists do these days: Get past the canned rhetoric and underneath the skin of the powers that be.

In her short stint as a professional, she's taken a witty no-holds-barred look at everyone from defrocked Democratic congressman Tony Coelho (further defrocked by Shalit) to trend seller Faith Popcorn to the "the Stephanopoulites," as she dubbed Washington's Young Turks whose "patron is George." She almost took out a senator with her now-famous exposé of Carol Moseley-Braun. Even Bret Schundler, the Republican mayor of Jersey City, couldn't escape the wrath of Ruth as she wheedled her way into his office and handed him the rope (her tape recorder) to hang himself. She has been particularly skilled at extracting the embarrassing tell-all quote, and even more adept at exposing the charlatan in everyone—if there is a theme to her work, it is most certainly that. That she herself might have a fatal flaw probably would have gone unnoticed if not for the fact that, in today's dubious world of celebrity journalism, journalists also, for better or worse, get to be celebrities.

Shalit had the requisite Buzz. As one of her fellow journalists put it in mid-October, "Until last week," at media-infested dinner parties in New York, "the only two subjects any of us talked about were O.J. and Ruth Shalit. Now it's just Ruth Shalit."

That she would benefit greatly from the Buzz is perhaps no less surprising than that she would also suffer greatly from it. The media loves nothing more than to talk about themselves, and Shalit became fodder for a number of reasons, not the least of which was her meteoric rise at the *The New Republic* from post-Princeton intern to designated hatchet queen. She was hardly the first precocious talent, or even the first allegedly conservative one, to make a splash among the pool of cerebral males at *TNR,* but she was the first to do it in black lipstick and a miniskirt.

In no time, Shalit also managed to conquer the New York magazine world—a world even more titillated by the Buzz. As the hum in Washington intensified, she found herself wined and dined by "the glossies," as they say in D.C. She was barely 24 when *GQ* editor Art Cooper traveled down to Washington to woo Shalit to be his "eyes and ears in the capital," perhaps not coincidentally after the *New York Times Magazine* deployed her to do two articles, including a cover story on Bob Dole. In December 1994, Cooper tossed her a $45,000 contract for three pieces—slightly more than her annual take at *TNR,* where she'd just gotten a raise from her $19,000 intern's salary.

> "What's sad is that my writing, which has always brought me such joy—and my parents and friends such joy, since I was a dorky little girl with Coke-bottle glasses—is that it's my writing that has been the cause of such pain and trauma"

*GQ* and the *Times* weren't the only ones smitten. Shalit continues to entertain offers, including recent overtures from *Harper's*. "She perfectly fits the new role of 'diva journalist,'" says one of her friends and colleagues who, like most, prefers to remain anonymous. It's a role, this person thinks, that may have been created by Dorothy Parker, but that regained its importance with the *New York Times*'s Maureen Dowd. Forget that, unlike Shalit, Dowd paid her dues big time, slaving away in relative obscurity for the *Washington Star* and *Time* before the *Times* set her loose on the White House. There she emerged as the definitive prototype of the sassy female reporter.

"In every male editor's imagination now, there's this diva category that he knows will get him a lot of attention," says the colleague, "and Ruth very badly wanted to be that. Even if it meant going from point A to point Z without hitting any of the other letters. She's got this notion that there's this role to play, and it's not too far off the mark."

How Ruth Shalit metamorphosed from journalist to celebrity journalist is no longer a mystery in most minds. It's how she stays there. Particularly as her work becomes increasingly overshadowed by one of the nastier ethics debates in journalism. It's a valid question: How does a person who's been accused of plagiarizing—however accidentally—at least four times over the course of a year, when her whole career has spanned a little less than three years, continue to be a rising star?

"What makes this so bizarre," says Washington reporter Daniel Klaidman, the first person whose words reappeared in one of Shalit's stories, "is that she flouted the everyday rules of the game that we all follow so stringently—and got rewarded for it."

To hear Shalit tell it, the world is making way too big a deal out of a few sloppy transgressions in an otherwise impressive body of work "that except for these mistakes holds up extremely well." She feels she's being scrutinized like no other journalist, with people "combing through my pieces line by line to find this stuff." Shalit continues to maintain that the mishaps occurred due to a funky computer maneuver on her part: She was using two windows on her computer (one for her story, one for her notes) and in "toggling back and forth" between screens, she inadvertently inserted lines from her notes file—which included her own notes as well as other writers' stories downloaded from the on-line information service Nexis—into her story file. "I had this incredibly sloppy, (continued on page 150)

MARC HOM

## the truth about ruth

(continued from page 125) stupid habit," she says. "And now it is this drama."

But not one to avoid drama, Shalit threw a firebomb into the fray last fall, when she took on the *Washington Post* in a 13,000-word *New Republic* cover story called "The *Washington Post* in Black & White," subtitled, "Race in the Newsroom: A Case Study." Was it beyond brave, as her supporters say, or merely suicidal for a 24-year-old reporter, in the midst of fielding plagiarism charges, to go after one of the most revered journalistic institutions in the country, on one of the most charged issues of our time, affirmative action?

Well, it certainly was ambitious. And, as Shalit would say, except for some mistakes, her story holds up extremely well. The gist of it—that P.C. efforts to achieve diversity at the *Post* have at best resulted in "a hotbed of racial inequity" and at worst have softened its coverage of black city officials—was right on. Otherwise it never would have triggered the volcanic response that it did.

Her epic sent the *Post* powers that be off the deep end, causing them to convene some 400 staff members for a group therapy session that, by most accounts, dissolved into more of what Shalit had written about. In the process, they launched a full-throttle counterattack on Shalit. *TNR* devoted another sea of words to heated, somewhat hysterical, responses from *Post* executive editor Leonard Downie Jr. and publisher Donald Graham, followed by counter-responses from the editors and the writer.

"Ruthgate," as she herself curiously calls it, was debated from here to London. *Newsweek*'s Jonathan Alter called her a "habitually careless writer" who if it weren't for "diversity" would "probably not be writing for *The New Republic*." The *New York Times*'s Anthony Lewis weighed in with an example of previous Shalit reporting, which he called "unethical journalism." And Shalit's critics wasted no time in lobbing the *P* word at her. While hardly surprising, it was a bit smarmy of the *Post,* considering that the dozens of reporters and editors who granted interviews to Shalit most certainly knew of at least two of the plagiarism charges beforehand; the *Post* itself had written about them.

But the repercussions were loud and clear, from radio talk shows to CNBC's *Equal Time*: "Since she wrote it and since she is a plagiarist . . . ," Mary Matalin began. Former *Post* deity Ben Bradlee, stomping around the country on his book tour, was repeatedly asked about the article—and repeatedly replied that it was written by a plagiarist. His most skewering comment was to the *Philadelphia Inquirer*'s Carlin Romano: "She should stick to plagiarism," Bradlee said. "She gets her facts right then."

"I never saw such an over-the-top, ad hominem attack on a writer," says one of her staunch defenders, *GQ* editor Art Cooper. But Shalit was, to say the least, vulnerable. The story contained a slew of mistakes—some fairly minor, some not, the most egregious of which was her claim that a city contractor had "served time" for "corruption," when in fact he hadn't. Shalit declines to comment on how that mistake was made, in part because *The New Republic* has since been served with a libel suit by the guy Shalit erroneously put in jail.

By mid-October, Shalit was beyond distraught, talking repeatedly about the "big cloud over me" and how she felt as if she were "burning in a slow fire." It was a hell of a trial by fire for a now 25-year-old who had spent most of those years in a state of restless ambition, who had always believed—and not so strangely, all things considered—that she was destined for greatness. And who had been carefully monitoring, if not manipulating, her own image.

t he third prop Shalit provides over dinner turns out to be a piece of her own writing: an essay published in *TNR* called "Nasty Girls," which "describes my sort of childhood psychodramas." She passes it across the table. "It . . . it . . . describes, um, a brief spate of pubescent popularity, which then ended when all my friends, you know, um, turned on me maniacally."

She says she feels this is similar to what is happening to her now. Not that she wishes to dwell on it. A great deal of our discussions center on how she does not wish to appear "mawkish or maudlin." She insists that though "the trauma has wreaked enormous grief and havoc in my life," it's not her intention to "ensnare you in my psychodrama." She notes that former deputy White House counsel Vince Foster "didn't gripe about the *Wall Street Journal*'s [editorials]."

Yes, but he killed himself.

"But there's a certain dignity to how he handled it," she replies soberly.

There is a rare moment of silence. Then she is recharged. "Is this going to be a profile of me in all my wondrous dimensions?" she wants to know. "Or, like, an investigative piece?" One minute she is graciously offering to explain how she would write this story (the specifics of which are "off the record"), the next she is blurting things like: "Here's who I am! I'm somebody who came to *The New Republic* as a nothing. Who was scrambling to get pieces into *Reason,* this fourth-rate libertarian magazine in California . . ."

"You did a good piece for them," I offer.

"I did several good pieces for them," she responds. "Because I'm good! But I came to *The New Republic* as a nothing. As a nothing. As an anonymous little shrimp."

One minute she is positively apoplectic over the question of whether her rise was too fast. The next she is calmly offering this explanation: "When you're a young reporter, you're a little overzealous, a little unhinged . . . a little audacious." It is one of the accurate criticisms of Shalit that she trots her age out when it's convenient. But is this really duplicity or just, well, youth?

Shalit wants to make it very clear that she is now "rueful and chastened." That plagiarism—though that is "not what this is"—is "the most egregious sin in journalism." That what she did in fact do was "deplorably sloppy, deplorably careless." And, "it will never *ever* happen again." She repeats these phrases like a mantra.

"I'm now much more sensitive to the moral dilemma of what I do," she says. "Because I now know what it's like to lie awake at night in bug-eyed alarm, not knowing where the ax will fall next." For a moment her guard is down, and it is touching. It does all seem so unfair.

I suggest that she relax, be herself, talk about the rest of her life. "You're not my therapist!" she snaps.

W hen Shalit was a child in Wisconsin, she was, according to her father, clearly exceptional. "Ruthie has always been one of the typical geniuses," says Sol Shalit, "who could write poetry when she was five years old . . . but couldn't tie her shoes."

"She's been an avid and voracious reader since she was three," he says, a kid who "could recite verbatim from Gilbert & Sullivan and *Alice in Wonderland,*" who would devour his *New Yorker*s when other kids were still on the Bobbsey Twins, a child who felt the urge to write before she learned how to hold a pencil, "so she

would write with her fist," he says.

"The underlying theme of my life," Shalit says, "is precocity." She is also, says her father, if he had to pick one word, "fearless."

Shalit grew up in Whitefish Bay, a northern suburb of Milwaukee, where her mother sells real estate and her father, an Israeli immigrant, is an economics professor at the University of Wisconsin. When she first got to *The New Republic,* staffers were bemused by the phone messages she'd get from "Los Tilash" (Sol Shalit almost backward)—her dad's code name. It is her father who is her "intellectual soul mate," the person she sometimes shares her articles with before she hands them in.

"Whenever I fax my father a piece, he showers me with love and tells me I write like Flaubert," she says. "He likes my use of a colorful word, how instead of writing 'he says,' I write, 'he chortles' or 'he verbals.' " She says he sometimes signs his letters to her, "From your chortling, verballing father."

In high school, she excelled on the debate team, acted in an improvisational comedy troupe, mastered classical piano—regaling the family with Bach's partitas—and led the Shalit Sisters, a musical group she formed with her sisters, Mina and Wendy, performing on Milwaukee public television in matching outfits. (Mina is now a senior at the University of Wisconsin; Wendy is a junior at Williams College.)

Shalit herself verbals that she did not have the best grades at Whitefish Bay public high school (there were some A minuses, says her father) but got into Princeton on the strength of her essays. There she wasted no time in overachieving, becoming editor-in-chief of Princeton's conservative newspaper, the *Sentinel,* and being elected academic chair of the student body. As a senior, she published her first professional magazine piece in *Reason,* about a campus rape rally at which a woman told a chilling tale of rape that turned out not to be true.

One of her biggest college influences, Shalit says, was the course taught by *New Yorker* writer John McPhee, called "The Literature of Fact." (*New Yorker* writer Janet Malcolm is another hero.)

A close friend from college, Sandy Shapiro, now a fashion editor at *Marie Claire,* remembers the collegiate Shalit as the type who "would get to know professors so she could *learn* more," who "quarantined herself in her room, taking her meals through the keyhole" when her thesis was due. When Shalit graduated in 1992, Phi Beta Kappa, she quoted Colette beside her yearbook photo: "You will do many foolish things, but do them with enthusiasm."

Shalit made her first professional appearance in Washington the summer before her senior year, when she interned at the White House. There she made the acquaintance of policy adviser James Pinkerton, who was immediately dazzled. "I thought she was one of the smartest people I'd ever met," says Pinkerton. So a year later he hired her to work on the Bush-Quayle campaign, her first job out of college.

Shalit's role in the campaign was mostly to answer Pinkerton's phones. But she managed to absorb enough to pen a tell-all insider critique of the Bush campaign called "What I Saw at the Devolution," which she promptly sent off, unsolicited but in complete form, to *Reason* again.

In the article she managed to vividly reconstruct meetings that she had never attended and to annoy more than a few Bushies, who didn't know that the sweet kid with the stammer and the Valley Girl voice was taking notes. One person she told all on, Mary Matalin, whom she never called to interview, says today that each of the story's three references to her were "complete fabrications"—such as the account of Matalin cleaning out her office a week before the election. Matalin says she had been on the road and not *in* her office since Labor Day. "She's an interesting writer," says Matalin. "She's just untruthful." ("There were boxes outside her office," replies Shalit.)

Two months after the campaign, she landed her internship at *The New Republic,* where she worked directly for White House correspondent Fred Barnes. He became her champion and mentor—one of many. *TNR* editor Andrew Sullivan says he tends not to get "dewy-eyed" about fresh talent, but nonetheless knew early on she was a major one. He was amazed not only at how many players she could get to talk to her, but how much she could get out of them. "She can charm birds out of trees," says Sullivan, adding that "one of her great gifts is her ability to be disarming. In this sexist city, she gets all these big fat white guys to relax, and before they know it, she's stitched them up."

And she works it. As she explained her modus operandi to *Harper's Bazaar,* "I use









## the truth about ruth

this ponderous telephone voice to make an appointment with some senator and then I show up and—it's Gidget."

Most of the boys at *TNR* were enchanted by Shalit. "I thought she was adorable," says Evan Smith, deputy editor at *TNR*, now deputy editor at *Texas Monthly*. "She had an almost intoxicating personality. Very lively and bubbly and quirky."

The quirkiness took many forms. Shalit was well known for being a "total klutz," as Sullivan says. "I've watched her spill an entire cup of coffee down her front while she's talking to me. The other day she walked into a filing cabinet." Her "Columbo-like" behavior, as Shalit herself calls it, is something she alludes to frequently when explaining her "mistakes."

"What was once a delight," she says, "is now a liability." Back then, Shalit reveled in all this cuteness and relished being brazen, saying things like, "I act like a six-year-old to get what I want."

"She'd say the most tactless things, but they were literally out of the mouth of a babe," says a colleague.

"She is absolutely fearless," says a former coworker, using that word again. "And incredibly melodramatic. *Everything*

was a drama. You got the feeling she was so wrapped up in herself that you were just a molecule bouncing off her."

"Would I trust her?" says another colleague. "Oh, no, not at all. But I like her. I do. She's a thousand times more entertaining than your average person."

A year after Shalit was hired at *TNR*, she started dating the magazine's legal affairs writer, Jeffrey Rosen, a somewhat shy and unassuming guy with a passion for opera and Ruth Shalit. Rosen has stood by her gallantly throughout the drama, believing she would not be criticized so harshly today if she hadn't taken on the *Post*. "She did what journalism is supposed to do: Take on the most uncomfortable and agonizing subject and report it as unblinkingly as possible without the fear of reproach," says Rosen, who calls the *Post*'s response "ungentlemanly."

Shalit never lost her ambition to be included in the pantheon of powerful Washington journalists, even as some of the industry's most revered demigods slung slurs at her. "I never met anyone before who every conversation they have, every lunch they have,

is calculated," says a colleague. According to them, she approached networking as if it were an Olympic event. As she gleefully reported back to friends and colleagues the details of her ever more prominent social status, not to mention her increasing calls from editors, she became, not surprisingly, less adorable. "Were people jealous? Of course!" says that colleague. *GQ*'s Art Cooper, for one, thinks that jealousy is the driving force of the backlash against her, "particularly from women," though in fact, men interviewed about Shalit were far more catty. "Don't feel bad for her," says one. "She's getting paid handsomely for these Nexis searches."

But what was most striking to colleagues and friends was her "acquisitive nature," as one person puts it. "She makes a quick study of people—the clothes, the language, the whole thing—and *adopts* things, the things she wants or needs."

"Andrew likes to say, 'the politics of,' 'the anthropology of,' 'the culture of,' " says one former staffer. "She'd hear him say things like that and the next day, it was part of her vocabulary. 'How's your story going, Ruth?' 'Well, I have the politics of it, but not the anthropology of it.' Real strange."

One of her role models, Ann Louise Bardach, a contributing editor at *Vanity Fair* who has become a friend to Shalit, remembers the first time she met the young reporter. Bardach was at *TNR*'s office, working on a cover story about Cuba, "and there's a knock on the door. She looked to me like a *child*," says Bardach. "She said she wanted to introduce herself. Then said, 'I'm such a fan of yours,' and reeled off a couple of my more serious pieces, which was enormously flattering."

That day, Bardach had on a suit and a strand of pearls. "And she looked at the pearls and said, 'God, I love those,' " Bardach remembers fondly. "She was just marveling about them. And the next time I saw her, she was wearing the same strand of pearls."

That Bardach has become a Shalit mentor is particularly ironic since she is the journalist who was plagiarized in a big way when a *Los Angeles Times* reporter lifted huge chunks of a *Vanity Fair* story she wrote and used them verbatim in a book. Bardach sued, and won a settlement. Yet she has been supportive of Shalit as the "psychodrama" has unfolded, accepting the computer excuse—to an extent. She believes that what's happening is "uncon-



# Don't Decide Now, Sleep On It!

No More Shoulder Tension
No More Arm Pains
No More Circulatory Problems
No More Bed Sores
No More Aching Knees

No More Headache/Stiff Neck
No More Back Pain
No More Sciatica
No More Sleepless Nights
No More Swollen Feet and Calves

Try the Tempur-Pedic® Mattress in your home for 60 nights. Complete 2-Month Money-Back Guarantee.

It's hard to imagine, isn't it? Tests prove that sleepers actually toss and turn *75% less* on the innovative Tempur-Pedic Swedish Mattress*.

Now, you can prove it to yourself by trying out our breakthrough TempurPedic Mattress for 2 full months absolutely risk-free. If you decide your new, productive life isn't worth every penny, we'll give you a total no-questions- asked refund.

But we know you'll love this new bedding technology – originally designed for NASA – that senses your body weight and temperature and adjusts automatically. Used in hospitals, doctors find that the Tempur-Pedic Swedish Mattress provides pressure relief to ease everything from back pain to bed sores. It's the way everyone will choose to sleep in the 21st century.

So, phone us for your FREE video. Then, make this life-changing decision with your eyes closed.

**Feel It To Believe It!**

**TEMPUR-PEDIC**
PRESSURE RELIEVING
SWEDISH MATTRESS AND PILLOW

848-G, Nandino Boulevard,
Lexington, Kentucky 40511

*Patent Pending

**Call Today for your FREE Video.**
**1-800-886-6466**
Daily - 8:00am - 9:00pm or contact:

scious" on Shalit's part, but she also believes—especially as repeated examples pile up—that Shalit may have a problem. "I really care about Ruthie," says Bardach. "So I've encouraged her to get help."

What worries Bardach most is Shalit's "considerable ambition, this desire to get to Condé Nast with all the perks. I've told her, 'Ruthie, these are the by-products of a lifetime of work.' I find her hugely talented—and fearless. But sometimes she seems too focused on the end rather than the beginning."

In retrospect, former colleagues at *TNR* will tell you that there were red flags even before the plagiarism drama—including what a few describe as an alarming number of phone calls made by Shalit's sources to editors claiming that they'd been misquoted. She also, throughout the course of her short career, has seemed to elicit more than her share of furious letters to the editor and frequent corrections. Sullivan defends this, saying that her pieces drew more controversy because they were more controversial. "The piece that no one takes any notice of, no one will dispute," he says.

The first real sign of trouble came in July 1994, when Daniel Klaidman, a reporter for the *Legal Times,* happened to be reading Shalit's "Stephanopoulites" story and thought parts of it sounded eerily similar to his piece a year earlier on one of those Clinton turks, Ron Klain. But what jumped out at him was a quote—one given to him by a source who later told Klaidman he regretted saying it. Surely, Klaidman thought, he wouldn't have said it again on the record. Klaidman called up the source; he hadn't. Then he looked a little more closely at the article.

His editor, Eric Effron, sent a letter to Andrew Sullivan, citing four instances of almost word-perfect similarity between Shalit's July 18/25 cover story and Klaidman's story of April 12, 1993. Among them:

Klaidman: "By the time that civil rights legislation was being fought out in Congress, Klain had left the Supreme Court to become, at age 27, the youngest-ever chief counsel to the Senate Judiciary Committee."

Shalit: "By the time civil rights legislation was being fought out in Congress, Klain had left the Supreme Court to become, at age 27, the youngest-ever chief counsel to the Senate Judiciary committee."

Klaidman: " 'Ron Klain does not let his emotions or his ideology get in the way of anything he does,' says Paul Cappuccio."

Shalit: " 'Ron Klain does not let his emotions or his ideology get in the way of anything he does,' says fellow White House clerk Paul Cappuccio."

Klaidman: "He was a leading architect of last year's omnibus crime bill."

Shalit: "Klain had been a leading architect of the omnibus crime package . . ."

*TNR* responded a month later with a correction, saying that material was mistakenly "gleaned" from Klaidman's piece and that Shalit "acknowledges her debt." In the meantime, Shalit made a call to Klaidman. "She was speaking very haltingly and saying how traumatic this was for her and how she didn't know how it happened, and I felt bad. Then she said what she thought happened—the Nexis thing, which was new to me," says Klaidman. "She also said, 'I'm only 23 years old.' "

Months later, Klaidman heard from Shalit again. She told him that the *Columbia Journalism Review* was doing a piece on plagiarism and wanted to use this as an example. "She was all upset, and was telling me how difficult this was for her." But then she pulled herself together and said, "Now as I recall, you guys didn't formally accuse me of 'plagiarism.'

"She sounded like a lawyer. It flashed through my mind that she was looking for a quote to exonerate herself and then I got a little mad. I said, 'Look, I'm not going to get into a semantic debate with you about plagiarism. You stole my writing and I didn't like it.' "

She also asked Ann Louise Bardach to call the writer of the *CJR* piece—who had already interviewed Bardach—and intervene on her behalf. Concerned for her, Bardach obliged, conveying to the writer "Ruth's version": that she was a young reporter who made a silly computer mistake and that it would never happen again. The piece made brief mention of Shalit, paraphrasing her as saying that her mistakes were the result "of an electronic fumble in which material from one computer screen flashed to another simply with the touch of a key."

While the *CJR* piece was on newsstands, it happened again. This time it was *National Journal* reporter Paul Starobin, who was riffling through *TNR* and started to read Shalit's piece on presi-



MORE AMERICANS SMOKE THAN VOTED FOR CLINTON.
BUMPER STICKER (Red on White)
NATIONAL SMOKERS ALLIANCE
P.O. Box 1509
Merrifield, VA 22116
1.800.224.3322
($1 each / min. order $3.00)

SKI UTAH
*Deer Valley - Park City*
ACCOMMODATIONS
Daily Rates
HOSPITALITY INTERNATIONAL
Mr. Thomas Moore, Jr.;  Mr. Lynn Padan
Tel. 801-393-4530;  Fax:  801-621-4933

LONDON FLATS
COTSWOLD COTTAGES
Finest Standard - 213 Flats
*BEST PRICES*
Holiday and Business Travel - 1 week minimum stay
THE LONDON CONNECTION
Mr. Thomas Moore III
Tel: 801-393-9120; Fax: 801-393-3024

**Glaucoma can change the way you view your world.**

Glaucoma is an eye disease that can steal your sight. Especially if you're over 60, or Black and over 40. But glaucoma can usually be controlled if it's detected and treated early.

So, get a dilated eye examination in which drops are used to enlarge your pupils.

Write: Glaucoma,
2020 Vision Place,
Bethesda, MD 20892-3655

**Don't lose sight of Glaucoma.**



NATIONAL EYE HEALTH EDUCATION PROGRAM

National Eye Institute, National Institutes of Health,
Public Health Service,
U.S. Department of Health and Human Services



## the truth about ruth

dential hopeful Steve Forbes, whom he had just written about. "I was, like, 'Whoa!'" says Starobin. Among the similarities he found:

Starobin: Forbes is an "affable optimist in the mold of Kemp and Reagan."

Shalit: Forbes is an "affable capitalist optimist, in the mold of Kemp or Reagan."

Starobin: ". . . there was no detectable groundswell for a Princeton-educated media mogul . . . "

Shalit: "There's no detectable groundswell for a Princeton-educated plutocrat."

Starobin wasn't aware of the Klaidman incident when he fired off a letter to Andrew Sullivan. A few days later Shalit called and asked if she could come over and explain. "She was pretty distraught and apologetic," says Starobin. She told him about her computer problem.

After she left, another staffer at the *Journal* told Starobin about the previous incident, which she had just read about in *CJR*. Then *TNR* weighed in with a correction, titled "Oops."

"I was pretty outraged," says Starobin. But not as outraged as he was when he read what Shalit had to say a few days later in a *Post* piece on the two incidents by Frank Ahrens. Shalit told Ahrens she was "very depressed and sick at heart" and had "made a private vow to myself that this is never, ever going to happen again." She also said that the stuff she borrowed was "banal" and "biographical boilerplate."

Starobin was pissed. So was Klaidman. "It's really hard to believe," says Klaidman. "In her apology, she manages to dis the writers she ripped off."

Of course even Shalit's detractors admit that there are degrees of egregiousness to the stuff that she's "borrowed." Some of the lines would have seemed coincidental—had they not been one of several. Her Nexis excuse also began to come under fire. Why does it happen only to Ruth Shalit, reporters wondered. How, if she's so invested in her writing, can she not notice a phrase that isn't hers? Says *Post* media critic Howard Kurtz: "I found the explanation of a computer mishap for the *second* plagiarism instance to be transparently ludicrous."

Kurtz became even less enamored of Shalit when, after he interviewed her for his own report on Ruthgate, "she went around town telling people I misquoted her"—when the quote in question was one he had preserved on his voicemail. "It was a blatant lie," says Kurtz. "I found it stunning."

By now the Buzz around Shalit also included plenty of pop psychoanalyzing: *She has a death wish. She wants to get caught. She wants to see how much she can get away with.* And the most popular: *She does this so that ultimately every story she writes is about herself.* But even her most vocal detractors would scratch their heads about what seems most obvious: She hardly needs to steal other people's words. "If she wrote those sentences herself," as one reporter says, "they'd probably be better."

When the Ahrens piece ran, Shalit was already hard at work on her story about the *Post*. Rather than deterring her, it made her more determined. "I looked at it as my chance to redeem myself," she says today. "To prove how good I really was."

Several friends warned her that her reporting had better be scrupulous. "I expressed the opinion that this had better be pristine," says Bardach, who had previously told her: "Ruthie, you just can't make any more mistakes."

According to Leonard Downie, she made about 40 (Shalit admits to only several). But she didn't just make mistakes. Her *Post* epic also included a short sentence that was identical to one used by David Halberstam in his 1979 book *The Powers That Be*: "The *Post*'s national staff is tiny, the waiting list endless." Was this splitting hairs? That's debatable. But what wasn't debatable was that it was wrong. "One problem with stealing from the '70s," deadpans one *Post* reporter, "is that your information might be out of date."

Downie recently told the *American Journalism Review* that her "plagiarism" of Halberstam was a fireable offense. Halberstam, for his part, responded with humor, telling *The Forward,* the New York–based Jewish weekly: "I'm enormously flattered that she thinks that highly of my work. I did not think of it at the time as one of the very best sentences that I've written."

While Shalit's *Post* piece was being read all over town, the *Chicago Tribune*'s Washington bureau chief, James Warren, outed her again, in his October 1 column. Warren had done previous items about Shalit and the *P* word, once describing her as a "Journalistic Unabomber." "She called

## the devil & arthur miller

me all upset after that," says Warren. "She said if only I could see her around the office, with the stains on her dress."

But this time the offense occurred not in *TNR* but in the pages of one of her other employers, the *New York Times Magazine,* which carried her piece about Clinton lawyer Robert S. Bennett on October 2, 1994. Again, it came from the *National Journal,* this time from a piece by Peter Stone on October 2, 1993:

Stone: "He left to join the old-line Washington corporate law firm of Hogan & Hartson. But although Bennett spent five years at the firm, he never quite fit into its culture—partly because of his brash style and partly because of his budding interest in developing a white-collar criminal defense practice, something that Hogan & Hartson appeared to have little interest in."

Shalit: "He joined the old-line firm of Hogan & Hartson. He spent five years there but never quite fit into the culture, partly because of his boisterous style and partly because of his interest in developing a white-collar criminal defense practice, something that didn't seem to interest Hogan & Hartson."

Her editors, for the most part, continue to stand by Shalit, though they too are being criticized for riding the controversy when in fact they are, to some degree, responsible for it. "Andrew doesn't give a shit," says one former *TNR* staffer. "Good buzz, bad buzz, as long as it's buzz."

Sullivan says he does give a shit—"We take this very seriously; sloppiness is unforgivable"—but he also believes his prodigy is "overextended. I told her from the beginning, she shouldn't be doing all this freelance."

At *GQ,* where she does some of this freelancing, her editor continues to sing her praises. "She is one of the most extraordinarily gifted young journalists I have seen in a long time, and I adore her," says Art Cooper, who also describes her as "an ingenue. She reminds me of a very young Leslie Caron."

As for the accusations of plagiarism, Cooper wouldn't call it plagiarism, but rather mistakes that "can be chalked up to youthful enthusiasm."

He says he hopes to renew her contract, and in fact, she was at work in December on a piece for *GQ* on Bob Packwood. Besides, Cooper says, "It's not like she's stealing from [Michael] Kinsley."

At the *New York Times*—where she currently does not have an assignment—there seems to be more concern. "Obviously," says Kyle Crichton, her editor on the Dole piece, "she's gotten in over her head."

two weeks after our first encounter, I meet again with Shalit. "This isn't going to be bad, is it?" she asks, smiling, "because I'm in a good mood." Two weeks is a long time in the Buzz business. Shalit says that she feels the cloud lifting, the slow fire burning out. No, it isn't bad. And yes, she really is in a good mood. We repair to the Palm, where over the next few hours she is in fact a delight, much more "the tenderhearted creature" that her boyfriend Jeffrey Rosen describes.

She amiably answers the questions, she does not once faux-cry or threaten to leave. But then I have to show her two sentences fresh from my fax machine.

"What?" she asks without surprise, before I even hand them to her. "Another allegation of plagiarism?"

"Like a British High Tory rather than an American conservative, Dole distrusts visions and visionaries."
—Fred Barnes, *The New Republic,* April 5, 1993

"Like a British Tory rather than an American conservative, Dole distrusts visions and visionaries."
—Ruth Shalit, the *New York Times Magazine,* March 5, 1995

We are standing on a curb outside *The New Republic,* where not three years ago she was fetching Barnes's messages. And where over the next 15 minutes, Shalit will segue seamlessly from rage to calm, from defensive to flustered, from hostile to glib. "It's not huge chunks of text." "It's only happened in profiles." "Nobody complained about any of this at the time." "Fred told me he loved the story." And so on.

Then, she is quiet and her eyes fill up. "I really didn't mean to do it. . . . It was never . . . it was never intentional. And it's never ever *ever* going to happen again."

Maybe Ruth Shalit is just under extraordinary duress. Maybe no reporter should ever be subjected to what she puts everyone else through. Or maybe she's only 25. ◼

(continued from page 121) wife, who is then jailed as a witch. Finally, condemned as a wizard himself, Proctor refuses to speak out against others to save his own life, with words inspired by the court transcript: "I like not to spoil their names.... I speak my own sins; I cannot judge another. I have no tongue for it."

Driving home from Salem in 1952 after a week of research, Miller heard on the car radio that his friend, the director Elia Kazan, had that day gone before the House committee and named names. The next month, it was Miller's onetime hero, the radical playwright Clifford Odets. Lee J. Cobb, who originated the role of Willy Loman on Broadway, followed a year later.

What outraged Miller was not that his colleagues, most fearing blacklisting, had capitulated, but that the "state had required its citizens to get down on their knees, having committed no known crime. The government knew the American Communist party was no threat, and their few members might as well be praying somewhere in the Himalayas for all the relevance they had."

*The Crucible* was produced on Broadway in 1953, and on opening night Miller felt "the sheet of ice come over the audience as they realized what they were watching—an indictment of the hearings and of our failure to challenge their authority." Despite winning a Tony award for best drama, the play couldn't find a Broadway audience, and the cast took drastic pay cuts to keep the show running. The problem was not just politics. "The director had staged the play as a kind of Dutch painting," Miller now says, laughing, "you know, like the picture on the cigar box." Within a year, *The Crucible* had its first European production in Brussels, but the State Department refused to renew Miller's passport to travel there. Less than two years later, the play opened Off Broadway in New York, with a young, largely unknown cast performing the play as Miller had written it, "desperate and hot." It was a success, running for nearly two years.

three years after *The Crucible* opened, Miller himself was summoned before the House committee. He had been in Nevada, awaiting a divorce from his first wife, when he received his subpoena; it was already public knowledge that Miller would wed Marilyn Monroe, whom he had met years earlier when she was an unknown actress. The committee claimed it was searching for "communist infiltration" in the Broadway theater, but the chairman of the