**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RUTH SHALIT BARRETT,<br><br>    Plaintiff,<br><br> v.<br><br>THE ATLANTIC MONTHLY GROUP LLC and<br>DONALD CHRISTOPHER PECK,<br><br>    Defendants. | Civil Action No.<br>1:22-cv-0049-EGS |

**PROPOSED ORDER**

Upon consideration of Defendants The Atlantic Monthly Group LLC and Donald Christopher Peck's Motion to Dismiss pursuant to Federal Rule 12(b)(6), it is hereby ORDERED that the Motion is GRANTED. Plaintiff Ruth Shalit Barrett's Complaint is dismissed with prejudice as against The Atlantic Monthly Group LLC and Donald Christopher Peck.

Dated this _____ day of _____ 2022.

                _____
                EMMET G. SULLIVAN
                UNITED STATES DISTRICT JUDGE