**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RUTH SHALIT BARRETT,<br><br>        Plaintiff,<br><br>    v.<br><br>THE ATLANTIC MONTHLY GROUP LLC and DONALD CHRISTOPHER PECK,<br><br>        Defendants. | Civil Action No.<br>1:22-cv-00049-EGS |

## LCvR 26.1 CERTIFICATE

I, the undersigned, counsel of record for The Atlantic Monthly Group LLC and Donald Christopher Peck, certify to the best of my knowledge and belief, that The Atlantic Monthly Group LLC is privately owned by Emerson Collective and Bradley Media Holdings, and that there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of The Atlantic Monthly Group LLC which have any outstanding securities in the hands of the public.

These representations are made in order that Judges of this Court may determine the need for recusal.

|  |  |
|---|---|
| Dated: March 9, 2022 | Respectfully submitted, |
|  | WILLIAMS & CONNOLLY LLP |
|  | By: /s/ *Stephen J. Fuzesi* |
|  | Joseph M. Terry (D.C. Bar No. 473095) |
|  | Stephen J. Fuzesi (D.C. Bar. No. 496723) |
|  | Whitney D. Hermandorfer |
|  | (D.C. Bar. No. 888314222) |
|  | 725 Twelfth Street, N.W. |
|  | Washington, DC 20005 |
|  | Telephone: (202) 434-5000 |
|  | Facsimile: (202) 434-5029 |
|  | jterry@wc.com |
|  | sfuzesi@wc.com |
|  | whermandorfer@wc.com |
|  | *Attorneys for Defendants The Atlantic Monthly Group LLC and Donald Christopher Peck* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2022, a copy of this LCvR 26.1 Certificate was filed via the Court's electronic filing system, and served via that system upon all parties required to be served.

Dated: March 9, 2022				By:	*/s/ Whitney D. Hermandorfer*
						Whitney D. Hermandorfer