IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUTH SHALIT BARRETT**,<br><br>Plaintiff,<br><br>v.<br><br>**THE ATLANTIC MONTHLY GROUP LLC**,<br><br>and<br><br>**DONALD CHRISTOPHER PECK**,<br><br>Defendants. | Case No.: 1:22-cv-00049 |

## MOTION TO ADMIT ATTORNEY *PRO HAC VICE*

Plaintiff Ruth Shalit Barrett moves this Court for an Order admitting Alexander Rufus-Isaacs as counsel of record *pro hac vice*. Mr. Rufus-Isaacs is a member in good standing of the California Bar and is an Attorney at Rufus-Isaacs, Acland & Grantham LLP located at 9420 Wilshire Blvd., Suite B100 Beverly Hills, California 90212.

Accompanying this Motion is Mr. Rufus-Isaacs's declaration containing the information required for *pro hac vice* motions pursuant to Local Rule 83.2(d).

Dated: March 22, 2022

Respectfully submitted,

*/s/ Hassan A. Zavareei*
Hassan A. Zavareei (No. 456161)
TYCKO & ZAVAREEI LLP
1828 L Street NW, Suite 1000

                                        Washington, D.C. 20036  
                                        Telephone: (202) 973-0900  
                                        Facsimile: (202) 973-0950  
                                        hzavareei@tzlegal.com