IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUTH SHALIT BARRETT**, <br><br> Plaintiff, <br><br> v. <br><br> **THE ATLANTIC MONTHLY GROUP LLC**, <br><br> and <br><br> **DONALD CHRISTOPHER PECK**, <br><br> Defendants. | Case No.: 1:22-cv-00049 |

**DECLARATION OF ALEXANDER RUFUS-ISAACS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Alexander Rufus-Isaacs, declare as follows:

1. My name, office address, telephone number, and email address are as follows:

    Alexander Rufus-Isaacs
    Rufus-Isaacs, Acland & Grantham LLP
    9420 Wilshire Blvd., Suite B100
    Beverly Hills, California 90212
    Telephone: (310) 770-1307
    Email: aisaacs@rufuslaw.com

2. I have been admitted to the bars of the State of California, and The United States Court of Appeals for the Ninth Circuit.

3. I am currently in good standing and eligible to practice law before all of the courts and bars in which I am admitted, and I have not been suspended or disbarred by any court or bar.

4. I have not been admitted *pro hac vice* to this Court, or sought leave to be admitted or appear in this Court within the last two years.

5. I am engaged in the practice of law from an office located outside the District of Columbia, and I am not a member of the District of Columbia bar.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Beverly Hills, California this 22nd day of March, 2022.

*/s/ Alexander Rufus-Isaacs*
Alexander Rufus-Isaacs