IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUTH SHALIT BARRETT**,<br><br>Plaintiff,<br><br>v.<br><br>**THE ATLANTIC MONTHLY GROUP LLC**,<br><br>and<br><br>**DONALD CHRISTOPHER PECK**,<br><br>Defendants. | Case No.: 1:22-cv-00049 |

**[PROPOSED] ORDER GRANTING MOTION TO ADMIT
ATTORNEY ALEXANDER RUFUS-ISAACS *PRO HAC VICE***

The Court having reviewed Plaintiff's Motion to Admit Attorney *pro hac vice* with accompanying Declaration of Alexander Rufus-Isaacs in Support of Admission *pro hac vice*, it is hereby ORDERED that the Motion is GRANTED.

Dated: _____, 2022

_____
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA