IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUTH SHALIT BARRETT**,<br>129 Beachside Avenue<br>Westport, CT 06880<br><br>    Plaintiff,<br><br> v.<br><br>**THE ATLANTIC MONTHLY GROUP LLC**,<br>600 New Hampshire Avenue, NW FL 4<br>Washington, D.C. 20037<br><br>and<br><br>**DONALD CHRISTOPHER PECK**,<br>600 New Hampshire Avenue, NW FL 4<br>Washington, D.C. 20037<br><br>    Defendants. | Case No.: 1:22-cv-00049-EGS<br><br>**PLAINTIFF RUTH SHALIT BARRETT'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>Hon. Emmet G. Sullivan |

  Plaintiff opposes the Motion to Dismiss filed by Defendants The Atlantic Monthly Group LLC and Donald Christopher Peck (collectively, "Defendants"), ECF No. 15, in full.

  Fed. R. Civ. P. 15(a) allots Plaintiff 21 days after service of Defendants' Motion to Dismiss to file an amended complaint as of right. *See* Fed. R. Civ. P. 15(a); *see also* ECF No. 10 (Standing Order Governing Civil Cases Before Judge Emmet G. Sullivan) ¶ 8.a. ("Federal Rule of Civil Procedure 15(a) allows a plaintiff to amend a complaint, *inter alia*, within 21 days of the defendant's service of a motion to dismiss pursuant to Rule 12(b) . . . .").

1

In accordance with Fed. R. Civ. P. 15(a) and Your Honor's Standing Order, Plaintiff intends to file an amended complaint on or before March 30, 2022, which is 21 days after Defendants' service of their Motion to Dismiss. The filing of the amended complaint will moot the Motion to Dismiss. *See Barnes v. District of Columbia*, 42 F. Supp. 3d 111, 117 n.1 (D.D.C. 2014) ("Since an amended complaint filed as of right becomes the operative pleading, any pending motion to dismiss becomes moot even if no opposition is timely filed . . . thereby avoiding application of the discretionary concession finding under LCvR 7(b).").

Therefore, to conserve judicial resources and avoid unnecessary expenditure of time and labor, Plaintiff will not respond to the substance of the Motion at this time and will address Defendants' arguments in her response to a motion to dismiss the amended complaint, if such a motion is filed.

Dated: March 23, 2022                    Respectfully submitted,

*/s/ Hassan A. Zavareei*
Hassan A. Zavareei (DC Bar No. 456161)
Leora Friedman (DC Bar No. 1735514)
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com
lfriedman@tzlegal.com

Elliot C. Rothenberg (*pro hac vice*)
Attorney at Law
124 Groveland Avenue
Minneapolis, MN 55403-3607
Telephone: (612) 508-5373
ecrothenberg@gmail.com

Alexander Rufus-Isaacs (*pro hac vice pending*)
Rufus-Isaacs, Acland & Grantham, LLP
9420 Wilshire Blvd., Suite B100
Beverly Hills, CA 90212
Telephone: (310) 770-1307
aisaacs@rufuslaw.com