IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUTH SHALIT BARRETT**, <br><br> Plaintiff, <br><br> v. <br><br> **THE ATLANTIC MONTHLY GROUP LLC**, <br><br> and <br><br> **DONALD CHRISTOPHER PECK**, <br><br> Defendants. | NOTICE OF ERRATA <br><br> Case No.: 1:22-cv-00049 |

## NOTICE OF ERRATA

Plaintiff Ruth Shalit Barrett, by and through the undersigned counsel, respectfully provides notice of minor form and copy-editing corrections to Plaintiffs' Amended Complaint and Exhibit 8 to the Amended Complaint (ECF Nos. 20 and 20-9). These corrections are not substantive. An Errata Complaint, Errata Exhibit 8, and comparison documents showing the corrections in redline are attached hereto as Exhibits 1, 2, 3, and 4, respectively.

Dated: April 6, 2022         Respectfully Submitted,

  */s/ Hassan A. Zavareei*
  Hassan A. Zavareei (DC Bar No. 456161)
  Leora Friedman (DC Bar No. 1735514)
  **TYCKO & ZAVAREEI LLP**
  1828 L Street, NW Suite 1000
  Washington, DC 20036
  Telephone: (202) 973-0900
  Facsimile: (202) 973-0950

hzavareei@tzlegal.com
lfriedman@tzlegal.com

Elliot C. Rothenberg (*pro hac vice*)
Attorney at Law
124 Groveland Avenue
Minneapolis, MN 55403-3607
Telephone: (612) 508-5373
ecrothenberg@gmail.com

Alexander Rufus-Isaacs (*pro hac vice*)
Rufus-Isaacs Acland & Grantham, LLP
9420 Wilshire Blvd., Suite B100
Beverly Hills, California 90212
Telephone: (310) 770-1307
Facsimile: (424) 258-7383
aisaacs@rufuslaw.com