UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH SHALIT BARRETT,<br><br>        Plaintiff,<br><br>        v.<br><br>THE ATLANTIC MONTHLY GROUP LLC and<br>DONALD CHRISTOPHER PECK,<br><br>        Defendants. | Civil Action No.<br>1:22-cv-00049-EGS |

**DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

INDEX OF EXHIBITS

Email from Ruth S. Barrett to Donald C. Peck (Oct. 30, 2020) ...........................**Exhibit 1**

Lisa DePaulo, *The Truth About Ruth*, George (Feb./Mar. 1996) ..........................**Exhibit 2**

i