# Exhibit 1[*]

---

[*] This exhibit has been redacted to omit the names of Sloane, her minor children, and third-party sources, as well as contact information for Barrett and Defendant Donald Peck.

**Subject:** Re:
**From:** Ruth Barrett
**Date:** 10/30/2020, 2:32 PM
**To:** Don Peck

Yes. There is something else. The Editor's Note shouldn't blame ▮ for the invention of a son. That would not be truthful or fair. I was complicit. I'm sure I knew deep down that she probably didn't. I'm sorry for prevaricating and being evasive here.

Ruth

On Fri, Oct 30, 2020 at 2:05 PM Don Peck wrote:
> Ruth,
>
> Thanks for your email. We are putting together an editor's note, as you surmised. We're hoping to post it sometime today, and are working on it now.
>
> I've read your emails, of course, and we know where you stand on the various questions about the piece from our conversation yesterday, including the invention of a son. If there's anything else you want to let me know--especially anything substantially different--please just email me soon.
>
> Otherwise, I'll be back in touch later in the day to give you a heads-up.
>
> All best,
>
> Don
>
> On Fri, Oct 30, 2020 at 8:39 AM Ruth Barrett wrote:
>> Hi Don,
>>
>> Sorry - last of the email-pelting.
>>
>> I know you and the other editors are probably closing in on a decision about all this, so I wanted to share some final thoughts -- and respond properly to Adrienne's important question of yesterday.
>>
>> Obviously, Sloane has become, in Adrienne's words, a classic disgruntled source. She's saying we didn't relate details of her story accurately. Promises were not kept. I pushed her too far.
>>
>> I know she first read the piece on Oct 17th. On that morning, she texted me an animation of Casper the friendly ghost riffing eagerly through a magazine with a thumbs-up emoji.
>>
>> One question would be - if she felt so misrepresented and mistreated by me, why not speak up on the 17th? Why wait a full two weeks to come forward?

I do think the main purpose of Sloane's letter yesterday was not necessarily to attack me - but to remind The Atlantic of the urgency of guarding her anonymity.  Unfortunately she seems to have convinced herself - or someone has convinced her - that the best way to guarantee that anonymity is to attack the very foundations of the piece and to discredit me as the writer.

It's too bad, because while I imagine the magazine is solid in upholding promises of confidentiality to credible sources who provide truthful information,  you get into a grey zone when you have sources who don't consistently do that.

I completely understand that once a source comes forward and starts repudiating her quotes and the integrity of the process, it casts a pall on everything.   Adrienne was completely justified in asking,  how can we now trust a word Sloane says?  How can we regard her as credible ?

I was flustered during yesterday's Zoom call and gave Adrienne a rambling non-answer — but here's my real answer:

I think we can regard her as credible because — unlike Rukmini Callimachi's fake Caliphate executioner, whose travel records never lined up with his timeline or placed him in the country he said he was in — every key element of Sloane's story checks out.  Records show Sloane was in California when she claimed to be in California.    Her husband was in Ohio when she said he was in Ohio.   Erik Wemple ominously claimed to be "looking into the timeline,"  but dropped his investigation when it all panned out.

We can go back and forth about whether [redacted]'s saber fencing injury should have been described as a stab or a jab.  But Erik Wemple admits there are photos and accounts on Facebook from fencing parents who witnessed the injury —  and who have vivid memories of [redacted]'s shock and tears.

Sloane's account of [redacted]'s malicious refereeing incident —  and U.S Squash's subsequent decision to delete her points and finish position for that tournament — is recorded on the US Squash/ Club locker website, which replaces points and finish position with (-) and (-) for that tournament only.

Bunker courts backed up by interview with Coach [redacted] ; [redacted]'s foray into rowing confirmed by [redacted].

What else??  Sloane's decision to reconfigure the basement and have girls fence against headless form dummies during the pandemic?   Sloane is now denying, according to lawyer's letter?!
Luckily I have most of that on tape.

What are we left with that could potentially be disputed?

- The Son
- The severity of her fencing injuries, which we sort of playfully hyped and maybe

shouldn't have.   "Valentine's Day massacre" probably not best wording.
- The beach house?   Did I misunderstand or mishear her?   If Sloane doesn't own a beach house,  why did she tell Michelle and I she did?

I know this is not my decision and not for me to say   — but is there any way to do an Editor's Note informing readers that several facts in the Sloane section were altered out of a desire to preserve the source's anonymity… or even "altered at the source's request" and that this fact should have been disclosed to readers?

 I'm sure this is a horrible idea but just wanted to put it out there.

Thank you for taking the time to read all this.   Once again, I'm so sorry to have made these mistakes that have harmed the magazine and caused you all so much stress and grief and wasted time.


Ruth



--
Don Peck
Editor
*The Atlantic* magazine