UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH SHALIT BARRETT,<br><br>               Plaintiff,<br><br>     v.<br><br>THE ATLANTIC MONTHLY GROUP LLC and DONALD CHRISTOPHER PECK,<br><br>               Defendants. | Civil Action No.<br>1:22-cv-00049-EGS |

**PROPOSED ORDER**

Upon consideration of Defendants The Atlantic Monthly Group LLC and Donald Christopher Peck's Motion to Dismiss Amended Complaint pursuant to Federal Rule 12(b)(6), it is hereby ORDERED that the Motion is GRANTED. Plaintiff Ruth Shalit Barrett's Amended Complaint is dismissed with prejudice as against The Atlantic Monthly Group LLC and Donald Christopher Peck.

Dated this _____ day of _____ 2022.

                                                                _____
                                                                 EMMET G. SULLIVAN
                                                                 UNITED STATES DISTRICT JUDGE