UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH SHALIT BARRETT,<br><br>          Plaintiff,<br><br>    v.<br><br>THE ATLANTIC MONTHLY GROUP LLC and DONALD CHRISTOPHER PECK,<br><br>          Defendants. | Civil Action No.<br>1:22-cv-00049-EGS |

## **PRAECIPE**

Pursuant to Local Civil Rules 83.15(b) and (c), counsel and the Clerk of the Court will please take note that the address for counsel for Defendants The Atlantic Monthly Group LLC and Donald Christopher Peck has changed to:

>Williams & Connolly LLP
>680 Maine Avenue SW
>Washington, DC 20024

Dated: May 11, 2022

Respectfully submitted,

WILLIAMS & CONNOLLY LLP
By: */s/ Stephen J. Fuzesi*
Joseph M. Terry (D.C. Bar No. 473095)
Stephen J. Fuzesi (D.C. Bar. No. 496723)
Whitney D. Hermandorfer
(D.C. Bar. No. 888314222)
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
jterry@wc.com
sfuzesi@wc.com
whermandorfer@wc.com

*Attorneys for Defendants The Atlantic Monthly Group LLC and Donald Christopher Peck*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2022, a copy of the foregoing Praecipe was filed via the Court's electronic filing system, and served via that system upon all parties required to be served.

Dated: May 11, 2022                    By:   */s/ Whitney D. Hermandorfer*
                                             Whitney D. Hermandorfer