UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH SHALIT BARRETT,<br><br>    Plaintiff,<br><br>v.<br><br>THE ATLANTIC MONTHLY GROUP LLC<br>and DONALD CHRISTOPHER PECK,<br><br>    Defendants. | Civil Action No.<br>1:22-cv-00049-EGS |

**NOTICE OF WITHDRAWAL OF COUNSEL**

To the Clerk of the Court and all parties of record:

Please withdraw the appearance of Whitney D. Hermandorfer as counsel for Defendants The Atlantic Monthly Group LLC and Donald Christopher Peck. The basis for this withdrawal is that Ms. Hermandorfer is departing the employment of Williams & Connolly LLP. The undersigned attorneys who have appeared on Defendants' behalf from Williams & Connolly LLP will continue to represent Defendants in this matter. Pursuant to Local Civil Rule 83.6(b), a representative of Defendants has received and signed this notice of withdrawal.

DATED:  August 21, 2023

Respectfully submitted,

By: /s/ *Whitney D. Hermandorfer*
Joseph M. Terry (D.C. Bar No. 473095)
Stephen J. Fuzesi (D.C. Bar. No. 496723)
Whitney D. Hermandorfer
(D.C. Bar. No. 888314222)
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
jterry@wc.com
sfuzesi@wc.com
whermandorfer@wc.com

*Attorneys for Defendants The Atlantic Monthly Group LLC and Donald Christopher Peck*

Acknowledged and signed:

By: /s/ David K. Baumgarten

*David Baumgarten, on behalf of Defendants The Atlantic Monthly Group LLC and Donald Christopher Peck*