IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUTH SHALIT BARRETT**, <br><br> Plaintiff, <br><br> v. <br><br> **THE ATLANTIC MONTHLY GROUP LLC**, <br><br> and <br><br> **DONALD CHRISTOPHER PECK**, <br><br> Defendants. | Case No.: 1:22-cv-00049-LLA |

## JOINT STATUS REPORT

Pursuant to the Court's January 10, 2024 Minute Order, the Plaintiff Ruth Shalit Barrett and Defendants The Atlantic Monthly Group LLC ("Atlantic") and Donald Christopher Peck (collectively, the "Parties") jointly submit this status report to advise the Court on the following items: "(1) any material developments in the case since the last filing; (2) the status of settlement discussions, if any; (3) whether the parties would benefit from a referral to a Magistrate Judge for mediation; and (4) whether the parties wish to update their motions papers to reflect developments in the case or case law, in which case they should propose a joint briefing schedule."

**1.    Material developments in the case since the last filing.**

Defendants' Position

There have been no material developments in the case since the last filing. Plaintiff's statement below regarding purported material factual developments is both inaccurate and wholly irrelevant to this matter.

<u>Plaintiff's Position</u>

Ms. Barrett believes that the Court should be apprised of material factual developments stemming from *The Atlantic*'s January 15th settlement of a separate defamation lawsuit in which evidence refuting key assertions in the article came to light.  (See Section 4).

**2.     The status of settlement discussions if any.**

There are no settlement discussions presently in the case.

**3.     Whether the parties would benefit from a referral to a Magistrate Judge for mediation.**

<u>Defendants' Position</u>

Defendants have filed a case-dispositive motion to dismiss and do not believe it would be beneficial to refer the parties to a Magistrate Judge for mediation.  Defendants dispute Plaintiff's characterization of past discussions, which is materially false, contains irrelevant assertions, and purports to reveal the content of confidential settlement discussions.

<u>Plaintiff's Position</u>

Ms. Barrett hoped from the beginning to resolve this dispute without litigation and repeatedly tried to reach a pre-suit resolution that would have required Defendants only to withdraw statements it published that are incorrect and deeply damaging to her reputation. Defendants rebuffed all of those efforts, including her request for a mediation. She remains interested in trying to reach a reasonable resolution to clear her reputation and would welcome a referral to a Magistrate Judge for mediation.

**4.     Whether the parties wish to update their motion papers to reflect developments in the case or case law, in which case they should propose a joint briefing schedule.**

Ms. Barrett wishes to provide supplemental briefing on the developments in the case law since the original briefing was completed. Ms. Barrett additionally wishes to include discussion of

what she considers to be important new factual developments that are relevant to the Court's analysis of whether granting leave to amend would be appropriate. Defendants disagree that such briefing is warranted or that these factual developments are relevant, but have agreed with Ms. Barrett to a proposed joint briefing schedule to address both the case law and factual developments. The Parties' proposed joint briefing schedule is as follows:

| | |
|---|---|
| February 12: | Five-page opening brief by Plaintiff |
| February 26: | Five-page response brief by Defendants |
| March 4: | Two-page reply by Plaintiff |

Dated: January 31, 2024                                   Respectfully Submitted,

/s/ Hassan A. Zavareei
Hassan A. Zavareei (DC Bar No. 456161)
Leora Friedman (DC Bar No. 1735514)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com

Elliot C. Rothenberg (*pro hac vice*)
Attorney at Law
124 Groveland Avenue
Minneapolis, MN 55403-3607
Telephone: (612) 508-5373
ecrothenberg@gmail.com

Alexander Rufus-Isaacs (*pro hac vice*)
Rufus-Isaacs, Acland & Grantham, LLP
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
Telephone: (310) 770-1307
Facsimile: (424) 258-7383
aisaacs@rufuslaw.com

*Attorneys for Plaintiff Ruth Shalit Barrett*

/s/ Stephen J. Fuzesi
Stephen J. Fuzesi (D.C. Bar. No. 496723)
Joseph M. Terry (D.C. Bar No. 473095)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
sfuzesi@wc.com
jterry@wc.com

*Attorneys for Defendants The Atlantic Monthly Group LLC and Donald Christopher Peck*