**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RUTH SHALIT BARRETT**, | |
| Plaintiff, | |
| v. | |
| **THE ATLANTIC MONTHLY GROUP LLC**, | Case No.: 1:22-cv-00049-EGS |
| and | |
| **DONALD CHRISTOPHER PECK**, | |
| Defendants. | |

**PLAINTIFF'S SUPPLEMENTAL BRIEF ON NEW
AND PERTINENT FACTUAL AND LEGAL DEVELOPMENTS
<u>SUPPORTING DENIAL OF DEFENDANTS' MOTION TO DISMISS</u>**

Plaintiff Ruth Shalit Barrett submits this brief to discuss factual and legal developments that further support her Opposition to Motion to Dismiss First Amended Complaint, ECF No. 24.

**I.   New and pertinent factual developments support granting leave to amend if the Court finds any deficiencies in Barrett's pleading.**

New factual developments have come to light that support Barrett's allegations. Because Barrett has already pleaded ample facts to establish all the elements of her claims, she does not seek leave to amend. However, if the Court were to find any deficiencies in her First Amended Complaint ("FAC"), these new developments would help cure them and counsel against dismissal with prejudice. *See Firestone v. Firestone*, 76 F.3d 1205, 1208-09 (D.C. Cir. 1996).

On January 15, 2024, *The Atlantic* settled a defamation lawsuit filed in 2018 by the children of the late Bernard Krisher, in response to a lengthy profile of Krisher that appeared in the January 2018 issue of *The Atlantic*. The article, titled *When the Presses Stop*, was written by former *Atlantic* staffer Molly Ball, a journalist who worked for Krisher at *The Cambodia Daily* from 2001-2003. An original, uncorrected copy of *When the Presses Stop* is attached as **Exhibit A**.

Ball's article depicted Krisher, the founder and former publisher of The *Daily,* as a heartless man who had provided his employees with "flimsy" health insurance and had refused to assist Ball when she fell ill in 2003: "I asked Krisher . . . whether he could help somehow. A phone call, a letter? He did nothing." Ball wrote, "I felt, and still feel, that it was cruel and hypocritical for a purported humanitarian to abandon an employee when she became inconvenient."

Krisher's children, who reside in Japan, sued *The Atlantic* in Japan for defamation and were paid a substantial settlement on January 15th, following a three-year trial. On January 19th, pursuant to the settlement, *The Atlantic* published an extensive correction, an apology note, and a new version of Ball's article. A copy of the corrected version of *When the Presses Stop*, which includes the referenced correction and apology note, is attached as **Exhibit B**. The correction and

apology revealed that Ball's article was peppered with falsehoods and deceptive characterizations, all slanted against Krisher and designed to make him appear cruel, pompous, and tyrannical. The enclosed side-by-side comparison shows that *The Atlantic* was forced to make a total of 39 changes—20 removals and 19 additions—to correct numerous factual misstatements and fabrications discovered in Ball's work. **Exhibit C**. *The Atlantic* also removed private medical information Ball had included in her article against the wishes of the 86-year-old Krisher.

Here is a sampling of the falsehoods Ball published in her original article:

▪ Ball had asserted that Krisher "did nothing" to help her obtain health insurance coverage back in 2003; but contemporaneous emails (all of which Ball was copied on) showed that Krisher repeatedly contacted the insurer on Ball's behalf and also arranged for her to receive additional sick pay. "I can never thank you enough," Ball wrote Krisher on July 17th, 2003.

▪ Ball wrote that Krisher, asked "what he believed his newspaper had contributed to Cambodian society," had replied, rather grandiosely, "It's now a democracy." An audio recording of the interview showed that Ball never asked that question. Instead, she had asked Krisher whether he believed that "democracy had succeeded in Cambodia." *The Atlantic* has removed the invented question from the updated article and replaced it with the question that was asked.

▪ Ball insinuated without evidence that Krisher was fired from *Newsweek* for professional misconduct, attributing his discharge to "[i]mperious and bullying" behavior that caused "at least one young woman at *Newsweek* to have a nervous breakdown." These allegations were subsequently disproved and have been removed from the corrected article.

Other pertinent facts surrounding Ball's conduct came to light during the Krisher litigation, including several breaches of journalistic practice committed by Ball—for example, her alteration of interview notes provided to the fact-checker to include an invented question. Barrett would

allege these facts in full in an amended pleading.

These transgressions are far more numerous and incomparably worse than the inclusion of a masking detail (the identity of a son to shield a confidential source's identity) and two trivial factual errors in Barrett's article. *See* ECF No. 22-1 (FAC) ¶¶ 48, 109-110. Yet, despite the volume of false statements found in the Ball article, *The Atlantic* did not retract the piece and said nothing in its correction note about the trustworthiness of its staff writer. An amended complaint would allege facts showing that, far from denouncing Ball, *The Atlantic* instead sought to protect her at every turn, stealth-editing the piece a week after publication to remove a false allegation and euphemistically describing major corrections as "clarif[ications]" and "update[s]." Its apology consisted of four words: "We regret the errors." **Ex. B**.

This course of conduct, which only recently came to light, further supports Barrett's claims in multiple ways. First, *The Atlantic* claimed it was forced to retract Barrett's piece due to the doctrine of *falsus in uno, falsus in omnibus:* untruthful in one part, untruthful in all. And yet *The Atlantic* has allowed Ball's article to stand even though it was found to be riddled with dreadful factual errors and deliberate distortions that were severe enough to result in a defamation lawsuit and settlement. *The Atlantic* did so even though the inflammatory distortions in Ball's article appear to have been fueled by Ball's personal animosity toward Bernard Krisher, whereas Barrett's acquiescence to the inclusion of a masking detail in her article was not fueled by bias, did not serve to make her article juicier or more believable, and was fueled only by her desire to protect a confidential source whom she realized had been rendered identifiable by *The Atlantic*.

Second, these factual developments buttress Barrett's showing that Defendants acted with actual malice. In Ball's case, *The Atlantic* blandly corrected and expressed "regret" for an article containing over a dozen false statements or deceptive characterizations upon which the article's

overarching tone and message depended. In Barrett's case, *The Atlantic* responded to the discovery of a far more trivial error by retracting Barrett's article, dissolving her contract and publishing a statement depicting her as an amoral individual with a history of fraud. The unique, and uniquely punitive, treatment of Barrett further supports an inference of actual malice—particularly when coupled with the other indicia of malice pled in the FAC. *See* FAC ¶ 142; ECF No. 24 at 32-36.

These new facts demonstrate that Barrett should be afforded an opportunity to amend if the Court finds any aspect of her current pleading insufficient to state a claim. *Alley v. Resol. Tr. Corp.*, 984 F.2d 1201, 1207 (D.C. Cir. 1993) ("[W]hen a plaintiff has imperfectly stated what may be an arguable claim . . . leave to amend is ordinarily in order.").

## II.   Recent case law from this District and the D.C. Court of Appeals supports denial of the Motion to Dismiss.

Since the parties completed briefing, multiple new opinions have been issued rejecting the same or similar arguments raised by Defendants in the Motion to Dismiss.

***First***, in a series of decisions, courts in this District reaffirmed that a purported opinion is actionable where it rests on provably false factual assertions. For example, in *Freeman v. Giuliani*, the claimed opinion that plaintiffs were "stealing votes" and "ballot stuffing" was actionable because the underlying factual statements "accuse plaintiffs of criminal activity—which can be proven to be true or false in court." 2022 WL 16551323, at *1-3, *8 (D.D.C. Oct. 31, 2022). Just as Giuliani's statements were actionable "because they impl[ied] verifiably false facts," *id.* at *8, Defendants' statements equally imply "verifiably false" assertions.

For example, Defendants claimed they could not verifiably "attest to the trustworthiness and credibility of the author" or "the veracity of the article," FAC ¶ 102. Those claims were purportedly based on the following statement: "When writing recently for other magazines, Barrett was identified by her full name, Ruth Shalit Barrett. . . . In 1999, when she was known by Ruth

Shalit, she left *The New Republic*, where she was an associate editor, after plagiarism and inaccurate reporting were discovered in her work." *Id.* ¶¶ 99, 103. Thus, the trustworthiness accusation implies provable falsehoods, namely, that (1) Barrett attempted to disguise her identity and (2) *The New Republic* fired her for plagiarism and inaccuracies in her work.

Other recent cases are consistent with *Freeman*. *See Schwartz v. Schwartz*, 2022 17092577, at *2-3 (D.D.C. Nov. 21, 2022) ("opinion" that someone is a cheat or liar was actionable); *Wright v. Eugene & Agnes E. Meyer Found.*, 68 F.4th 612, 626 (D.C. Cir. 2023) ("opinion" that a former employee "fostered a negative climate at work" was actionable); *Vasquez v. Whole Foods Mkt., Inc.*, 2023 WL 2663019, at *4 (D.D.C. Mar. 28, 2023) ("opinion" that employees "manipulated a bonus program to their benefit" was actionable).

**Second**, the D.C. Court of Appeals' decision in *Fells v. Service Employees International Union*, 281 A.3d 572 (D.C. 2022), confirms that Defendants cannot hide behind the purported literal truth of a statement when it implies something provably false. *Fells* held that a statement that the defendant took "personnel actions" upon finding "problems related to abusive behavior" falsely implied the plaintiff was fired for such abuse. *Id.* at 578, 586-587. That is like this case, where Defendants falsely claimed that Barrett was "accused of inducing *at least* one source to lie" to *The Atlantic*'s fact-checking department. FAC ¶ 104.b (emphasis added). To the extent that this statement is literally true—Barrett was (falsely) accused of inducing a source to lie—the "at least" assertion falsely implies that she urged multiple sources to lie. *See* ECF No. 24 at 16-18.

**Third**, *Freeman* reiterated that a defamation plaintiff need not "anticipate in its complaint the need to plead facts to defend against defendants' assertions that [she] is a public figure." *Freeman*, 2022 WL 16551323, at *9. Defendants claim Barrett is a public figure, but that is a question of fact not suitable for resolution on a motion to dismiss.

Dated: February 12, 2024

Respectfully Submitted,

*/s/ Hassan A. Zavareei*
Hassan A. Zavareei (DC Bar No. 456161)
Leora Friedman (DC Bar No. 1735514)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
*hzavareei@tzlegal.com*
*lfriedman@tzlegal.com*

Elliot C. Rothenberg (*pro hac vice*)
Attorney at Law
124 Groveland Avenue
Minneapolis, MN 55403-3607
Telephone: (612) 508-5373
*ecrothenberg@gmail.com*

Alexander Rufus-Isaacs (*pro hac vice*)
Rufus-Isaacs, Acland & Grantham, LLP
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
Telephone: (310) 770-1307
Facsimile: (424) 258-7383
*aisaacs@rufuslaw.com*

# EXHIBIT A

# When the Presses Stop

Bernie Krisher helped bring free journalism to Cambodia. Now, as the country reverts to autocracy, his paper has been shut down. Will he survive the heartbreak? Will Cambodia?
BY MOLLY BALL DEC 08, 2017 10 MINUTES

SAVE FOR LATERSAVE WHEN THE PRESSES STOP FOR LATER



Source: John Cuneo

The man on the bed in the Tokyo apartment was shriveled and weak. His bare legs poked like sticks out of his short one-piece pajamas. As he beckoned to his daughter, Debbie, his arm shook. "Put me in the wheelchair," he said in a hoarse whisper.

When I first met Bernie Krisher, in 2001, he was spry and wiry, with apparently infinite energy. He seemed to hardly sleep, preferring to spend every moment badgering someone for something. His had been a lifetime of willfulness. As a child, he escaped the Holocaust. As a reporter in Asia, he interviewed President Sukarno of Indonesia and the Japanese emperor Hirohito, then launched a tabloid that revolutionized Japanese media.

In "retirement," he became a humanitarian, flouting international sanctions to bring rice to North Korea and pouring vast sums into war-ravaged Cambodia. There he built hundreds of schools, founded an orphanage and a hospital, and started *The Cambodia Daily*, where I worked from 2001 to 2003. He was

constantly thinking of ways to better the country—persuading J. K. Rowling to let him translate *Harry Potter* into Khmer (and sell copies for 50 cents), say, or helping the *New York Times* columnist Nicholas Kristof buy brothel workers out of servitude.

But when I visited Krisher in Tokyo this fall, I found him much reduced: At age 86, he had experienced a stroke and contracted an antibiotic-resistant staph infection. He could scarcely see or hear, and his comprehension was foggy. He spent his days shuttling up and down the hallway between his bed and the living room, where his wife, Akiko, who has dementia, often sat motionless.

The last time I had been in contact with Krisher, I was the sick one. About a year after I'd gone to work for *The Daily*, I began to suffer from a mysterious illness. On my 24th birthday it was diagnosed as cancer, but the flimsy insurance Krisher granted his expat staffers would not, based on a technicality, cover treatment. I asked Krisher—who managed the paper from Tokyo, visiting semiannually—whether he could help somehow. A phone call, a letter? He did nothing. (Krisher, through his daughter, denies this, claiming that he appealed to the insurance company without success.)

I felt, and still feel, that it was cruel and hypocritical for a purported humanitarian to abandon an employee when she became inconvenient. But I had not come to Tokyo to confront Krisher over that long-ago incident. I had come because his legacy was in crisis, as were Cambodia's hopes for democracy.

The government had forced a shutdown of *The Daily*, which, despite its tiny circulation of about 5,000, had been the paper of record for Cambodia's civil society: Its courageous reporters had regularly broken news that the rest of the country's media then followed. The closure was part of a broad crackdown on Cambodia's independent press and institutions—one that would in short order see the opposition leader jailed and multiple watchdog groups shuttered. The bank accounts of Krisher's charities had been frozen, and Debbie and her husband, who ran the charities day to day, had been threatened with arrest.

Krisher wanted to tackle the problem the way he had always tackled problems—by storming in and demanding to be heard. He had planned to fly

to Cambodia the day I visited, but his doctors had talked him out of the trip. If the flight didn't finish him off, they worried, the Cambodians might: His name was posted in every passport-control kiosk at the Phnom Penh airport.

To appease her father, Debbie had tried distracting him: The paper wasn't ending, she said, just being reincarnated.

"What are we doing with *The Cambodia Daily*?" she yelled into his ear. "Opa, what are we going to do?"

"We're taking it offshore," he said.

Krisher was born in Frankfurt in 1931 to Polish Jewish parents. In 1937, the family fled Germany, eventually settling in Queens. After college and the Army, Krisher spent a year in Tokyo on a Ford Foundation grant. He fell in love with his interpreter and brought her back to New York, where they married. In 1962, the couple returned to Japan, and he got a job at *Newsweek*.

Krisher, who worked his way up to bureau chief, specialized in writing puffy Q&As; he was legendary for who he knew. Once, in a Tokyo bookstore, he buttonholed Sukarno, who called Krisher "crazy"—and invited him to Jakarta. In turn, Sukarno introduced him to the Cambodian leader Norodom Sihanouk, a former king who, following Cambodia's independence from French rule in 1953, had refashioned himself as prime minister, albeit an autocratic one. Krisher's proudest achievement was an exclusive interview with Hirohito, which he still boasts is the only one the Japanese emperor ever granted. In fact, this is typical Krisherian exaggeration: Hirohito gave many such interviews.

Krisher was also famous for his difficult personality. Imperious and bullying, he berated staffers for failing at tasks he'd never assigned them. According to Alan Field, a reporter who worked under Krisher, he caused at least one young woman at *Newsweek* to have a nervous breakdown. Eventually, he was fired.

Not long afterward, Krisher founded his own magazine, a gossipy weekly called *Focus*. Modeled on *People*, it made its name off tawdry scoops, such as a photo of a politician urinating on a ginkgo tree, and another photo that Krisher described as "Mia Farrow getting out of a car and her legs were

spread apart and she wasn't wearing panties." *Focus*, which is now defunct, sold millions of copies and (together with a *Newsweek* termination settlement) helped make Krisher rich. Despite the magazine's profitability, when I spoke with Krisher in Tokyo, he expressed regret. "It was pornography," he told me.

In the early 1990s, his old friend Sihanouk, the deposed Cambodian leader, called to ask a favor. The country had recently emerged from decades of civil war, and its people were preparing for their first real election. Sihanouk asked Krisher whether he would be willing to give Cambodia a newspaper.

Krisher, naturally, said yes.

Sihanouk's years out of power had marked a bloody period for Cambodia. The Communist Khmer Rouge came to power in 1975 and orchestrated a genocide that killed as many as 3 million Cambodians. In 1979, the regime was driven out by the Vietnamese, who occupied the country for a decade while the Khmer Rouge waged resistance from the countryside. The Vietnamese tapped as their prime minister a former Khmer Rouge commander named Hun Sen.

In 1989, the Vietnamese withdrew from Cambodia, and in 1991, the warring parties signed peace accords. In turn, the United Nations embarked on an unprecedented effort to build a democracy from scratch. As soldiers, police, and aid workers flooded in, UN administrators helped the Cambodians write a constitution, which declared its commitment to "principles of liberal democracy and pluralism," including due process, property rights, and freedom of expression.

And so, in 1993, Krisher started his English-and-Khmer-language newspaper out of an old hotel on the Mekong riverfront. He drafted a few Americans to run it, and they recruited Cambodian staffers who had worked as fixers or translators. In a country where the local press was mostly corrupt or partisan, the paper, whose motto was "All the news without fear or favor," aimed to embody objective journalism, and to train a generation of journalists.

Although 90 percent of eligible voters participated in the UN-administered 1993 elections, Cambodian democracy got off to a rocky start. The royalists, led by Sihanouk's son Prince Norodom Ranariddh, got the most votes, but

Hun Sen's Cambodian People's Party, which came in second, refused to accept the result. After a standoff, Ranariddh and Hun Sen were made co–prime ministers. A bloodless coup had taken place, and the international community, wary of a return to civil war, had looked away.

The country's needs seemed infinite. Krisher pumped his connections for money and started project after project, from the orphanage and the schools to an initiative that paid families to educate their daughters. He was not fussy about his donors. One school was funded by—and named for—the brother of Henry Kissinger, who, as Nixon's secretary of state, had directed a bombing campaign that killed thousands of Cambodians. To build his hospital, Krisher partnered with a Japanese religious leader whose sect has been called a cult.

The UN stayed in Cambodia for just 18 months, after which the constitution was only lightly observed. In 1997, violent clashes pushed out Hun Sen's rivals, allowing him to take sole control, which he has never relinquished. Today he is one of the world's longest-serving leaders.

But even as Hun Sen consolidated power, his country's dependence on foreign aid required him to pay lip service to constitutional ideals. At meetings, he would hold up *The Daily* as proof of press freedom. There were hiccups: Once, during a Mekong River booze cruise, the information minister told me he was revoking the paper's license over a translation error. But Krisher used his connections to smooth things over, as he always did. Later that year, *The Daily* landed a rare interview with Hun Sen.

*The Daily* was not progovernment, but neither was it antigovernment. Our job wasn't to take down Hun Sen; it was to accurately report what was happening. Covering the country's first local elections, in 2002, I found that many Cambodians viewed the opposition, led by a French-educated former banker, as out of touch. The ruling Cambodian People's Party won by a wide margin, in an election that observers hailed as a positive step for democracy.

As for the paper's mission of training journalists, it succeeded beyond Krisher's hopes: *The Daily*'s Cambodian alumni staffed bureaus in Phnom Penh and abroad, wrote books, and directed documentaries. Over the years, as young expats came and went, the Cambodians, more so than the foreigners, were the ones training their colleagues. *The Daily*'s American

alumni now work at publications including *The Atlantic*, *The New York Times*, and *The Washington Post*, and two have won Pulitzers.

However high-quality its journalism, *The Daily*'s offices were run-down to the point of crumbling, with donated Apple IIs and salvaged furniture. In 2001, staff barely got word of the 9/11 attacks, because Krisher hadn't paid the cable bill. As Ryun Patterson, the night editor, scrambled to update the paper, Krisher called from Washington, D.C., where he could see smoke billowing from the Pentagon. That wasn't why he was calling. He wanted to check the wording of a brief item about a staffer's defamation lawsuit.

The staffer, Kay Kimsong, had pioneered *The Daily*'s business coverage. When the foreign minister accused him of defamation for truthful reporting, Kimsong stood little chance in the corrupt courts. Still, Krisher left Kimsong responsible for his own defense—and suggested that he spend a few days in jail as a goodwill gesture. Kimsong soon left to work for the country's other English-language paper, *The Phnom Penh Post*, which (unlike *The Daily*) encouraged Cambodians to work in management.

As for me, in 2003 I went to the U.S. for chemotherapy, which was successful. Four months later, I wanted to say goodbye to Cambodia. I asked Krisher whether I could return to *The Daily* for a final month's work, but he said no. I returned anyway, and worked for free.

As Krisher's health has declined, Debbie and her husband, Douglas Steele, have taken over many of his affairs. In 2014, Douglas moved from Tokyo to Phnom Penh to run *The Daily*, arriving as Cambodia's political winds were changing. Sam Rainsy, an exiled opposition leader, had been allowed back just before the 2013 elections, in what Hun Sen intended as a prodemocracy gesture. The regime was blindsided by what happened next. Tens of thousands of Cambodians showed up to Rainsy's speeches. The previously fractured opposition, which had recently united under one banner, won 45 percent of the vote to the ruling party's 49 percent, despite widespread reports of irregularities and voter suppression.

Claiming victory, the opposition launched a wave of largely nonviolent protests that continued until January 2014, when a few rogue protesters clashed with police and four were shot dead. The next day, the Interior Ministry banned political gatherings of more than 10 people, and the cowed

opposition agreed to accept 55 seats in parliament to the ruling party's 68 seats.

For the next national election, in 2018, Hun Sen is not taking any chances. In August, the Krishers received a letter claiming that *The Daily* was not properly registered (it operated under a decades-old license) and that it owed 25 billion riel—about $6.3 million—in taxes. Soon after, Hun Sen, in a speech, decried the paper as a "thief." (He has taken to quoting, approvingly, Donald Trump's attacks on the press. Once a beacon of freedom to the world, America now offers inspiration to dictators.) *The Daily*'s advertisers withdrew, leaving it unable to operate. It announced that it would close its doors on September 4.

*The Daily* was not the only organization targeted. Radio stations broadcasting Radio Free Asia and Voice of America, U.S.-backed services that provide independent news to many rural Cambodians, were shuttered, as was the U.S.-funded National Democratic Institute.

Once, Hun Sen might have hesitated to so flagrantly defy the foreign-aid community. But Cambodia is less dependent on the West than it once was. China now provides the country with nearly four times as much direct aid as the U.S. does and is a major source of private investment. Phnom Penh, formerly a sleepy backwater, is today dotted with skyscrapers-in-progress, their scaffolding hung with Chinese signs.

On September 3, *The Daily* prepared to publish a commemorative final issue, filled with reflections and analyses. But before dawn, news broke that Kem Sokha, the leader of the opposition party, had been accused of treason and jailed. As *Daily* reporters rushed to the scene, staffers who had planned to spend a leisurely, mournful day in the newsroom found themselves expanding the edition. The news pushed *The Daily*'s closure off the top of the front page. The final issue instead featured Sokha in handcuffs, with the headline " 'Descent Into Outright Dictatorship.' "

Things have only deteriorated since. In October, Hun Sen threatened opposition figures with arrest, and many lawmakers fled the country. The government has also moved to dissolve the opposition, forcing its candidates off the ballot. "The 25-year international effort to create a multiparty, rule-of-law-respecting, due-process-respecting regime in Cambodia has now died,"

John Sifton, Human Rights Watch's Asia advocacy director, told me. "We have reached the end of the line. Democracy is dead in Cambodia."

Debbie and Douglas say they still plan to turn *The Daily* into an online-only news service, with information from byline-less Cambodians fed to a news desk in Bangkok. But their bare-bones website is blocked in-country, and the project has hit various snags.

As for the Cambodians who worked for *The Daily*, sometimes at great personal risk, many are in difficult straits. Some have found work as stringers or fixers, but they are on a government blacklist that prevents them from covering official events. When I visited Cambodia in October, right after seeing Krisher, I traveled to Phnom Penh's outskirts to see a couple of old colleagues—Saing Soenthrith, who was orphaned by the genocide, and Van Roeun, an environmental journalist who broke important stories on the country's illegal deforestation. Roeun's foyer was filled with cages—he was raising fighting cocks to earn money for his children's school fees. Soenthrith, for his part, was dying of kidney disease.

Their plight struck me as a metaphor for the West's involvement in Cambodia: For all the good intentions, the gifts from abroad were only temporary. The structures that foreigners tried to build weren't sustainable— Cambodia's entrenched power was too ruthless, its inertial force too strong. *The Daily* couldn't survive without Krisher's force of will; democracy couldn't survive once the international community moved on.

I thought back to that day in Tokyo, when I asked Krisher what he believed his newspaper had contributed to Cambodian society. Debbie yelled the question into his ear. He could hardly see me and didn't remember who I was, but he glared in my direction. "It's now a democracy," he replied, haltingly.

"But they closed our paper down," Debbie shouted. "Is that a democracy?"

Krisher was silent. "Opa?" she yelled.

"Put me in the wheelchair," he muttered again.

____

*Support for this article was provided by a grant from the Pulitzer Center on Crisis Reporting.*

# EXHIBIT B

*The Atlantic*

January/February 2018 Issue                                            EXPLORE

GLOBAL

# When the Presses Stop

Bernie Krisher helped bring free journalism to Cambodia. Now, as the country reverts to autocracy, his paper has been shut down. Will he survive the heartbreak? Will Cambodia?

By Molly Ball

JANUARY/FEBRUARY 2018 ISSUE                    SHARE & GIFT 🎁      REMOVE 🔖

---

*Updated and corrected on December 16, 2017 and January 19, 2024*

T HE MAN ON THE BED in the Tokyo apartment was weak. As he beckoned to his daughter, Debbie, his arm shook. "Put me in the wheelchair," he said in a hoarse whisper.

When I first met Bernie Krisher, in 2001, he was spry and wiry, with apparently infinite energy. He seemed to hardly sleep, preferring to spend every moment badgering someone for something. His had been a lifetime of willfulness. As a child, he escaped the Holocaust. As a reporter in Asia, he interviewed President Sukarno of Indonesia and the Japanese emperor Hirohito, then launched a tabloid that revolutionized Japanese media.

In "retirement," he became a humanitarian, flouting international sanctions to bring rice to North Korea and pouring vast sums into war-ravaged Cambodia. There he built hundreds of schools, founded an orphanage and a hospital, and started *The Cambodia Daily*, where I worked from 2001 to 2003. He was constantly thinking of ways to better the country—persuading J. K. Rowling to let him translate *Harry Potter* into Khmer (and sell copies for 50 cents), say, or helping the *New York Times* columnist Nicholas Kristof buy brothel workers out of servitude.



### Explore the January/February 2018 Issue

Check out more from this issue and find your next story to read.

View More

But when I visited Krisher in Tokyo this fall, I found him much reduced: At age 86, he was ill and running a fever. He could scarcely see or hear, and his comprehension was foggy.

The last time I had been in contact with Krisher, I was the sick one. About a year after I'd gone to work for *The Daily*, I began to suffer from a mysterious illness. On my 24th birthday it was diagnosed as cancer, but the insurance Krisher granted his expat staffers would not, based on a technicality, cover treatment. I asked Krisher—who managed the paper from Tokyo, visiting semiannually—whether he could help somehow. He eventually contacted the insurance company; by then, though, I had begun chemotherapy, and my doctor and family had persuaded the insurance company to cover most of my expenses.

But I had not come to Tokyo to confront Krisher over that long-ago incident. I had come because his legacy was in crisis, as were Cambodia's hopes for democracy.

## The paper aimed to embody objective journalism, and to train a generation of journalists.

The government had forced a shutdown of *The Daily*, which, despite its tiny circulation of about 5,000, had been the paper of record for Cambodia's civil society: Its courageous reporters had regularly broken news that the rest of the country's media then followed. The closure was part of a broad crackdown on Cambodia's independent press and institutions—one that would in short order see the opposition leader jailed and multiple watchdog groups shuttered. The bank accounts of Krisher's charities had been frozen, and Debbie and her husband, who ran the charities day to day, had been threatened with arrest.

Krisher wanted to tackle the problem the way he had always tackled problems—by storming in and demanding to be heard. He had planned to fly to Cambodia the day I visited, but his doctors had talked him out of the trip. If the flight didn't finish him off, they worried, the Cambodians might: His name was posted in every passport-control kiosk at the Phnom Penh airport.

To appease her father, Debbie had tried distracting him: The paper wasn't ending, she said, just being reincarnated.

"What are we doing with *The Cambodia Daily*?" she yelled into his ear. "Opa, what are we going to do?"

"We're taking it offshore," he said.

K RISHER WAS BORN in Frankfurt in 1931 to Polish Jewish parents. In 1937, the family fled Germany, eventually settling in Queens. After college and the Army, Krisher spent a year in Tokyo on a Ford Foundation grant. He fell in love with his interpreter and brought her back to New York, where they married. In 1962, the couple returned to Japan, and he got a job at *Newsweek*.

Krisher, who worked his way up to bureau chief, specialized in writing Q&As; he was legendary for who he knew. Once, in a Tokyo bookstore, he buttonholed Sukarno, who called Krisher "crazy"—and invited him to Jakarta. In turn, Sukarno introduced him to the Cambodian leader Norodom Sihanouk, a former king who, following Cambodia's independence from French rule in 1953, had refashioned himself as prime minister, albeit an autocratic one. Krisher

## RECOMMENDED READING



The Subtle and Not-So-Subtle Force of Ageism

CATIE LAZARUS



Why Is There Financing for Everything Now?

AMANDA MULL

also boasted of his 1975 interview of
Emperor Hirohito, telling an interviewer
in 1989 that it was his "greatest, most
difficult feat and probably the thing that
I treasure most."

**SPONSOR CONTENT**

How Can America Build a
More Vital Workforce?

CIGNA



Krisher was also famous for his difficult personality. Imperious and bullying, he
berated staffers for failing at tasks he'd never assigned them. (Krisher's children
Deborah and Joseph denied this, as did two female staffers who worked at *Newsweek*
at the time.) Eventually, he was fired, which Krisher attributed to a "falling out" with
an editor.

Not long afterward, Krisher became the chief editorial adviser of a new magazine, a
gossipy weekly called *Focus*. Modeled on *People*, it made its name off tawdry scoops,
such as a photo of a politician urinating on a ginkgo tree, and another photo that
Krisher described as "Mia Farrow getting out of a car and her legs were spread apart
and she wasn't wearing panties." (Actually, it was Farrah Fawcett.) *Focus*, which is now
defunct, sold millions of copies and (together with a *Newsweek* termination
settlement) helped make Krisher rich. Despite the magazine's profitability, when I
spoke with Krisher in Tokyo, he expressed regret. "It was pornography," he told me.

In the early 1990s, his old friend Sihanouk, the deposed Cambodian leader, called to
ask a favor. The country had recently emerged from decades of civil war, and its
people were preparing for their first real election. Sihanouk asked Krisher whether he
would be willing to help rehabilitate Cambodia.

Krisher, naturally, said yes.

S IHANOUK'S YEARS OUT OF POWER had marked a bloody period for
Cambodia. The Communist Khmer Rouge came to power in 1975 and
orchestrated a genocide that killed as many as 3 million Cambodians. In 1979,
the regime was driven out by the Vietnamese, who occupied the country for a decade

Case 1:22-cv-00049-LLA   Document 34   Filed 02/12/24   Page 22 of 42

while the Khmer Rouge waged resistance from the countryside. The Vietnamese tapped as their prime minister a former Khmer Rouge commander named Hun Sen.

In 1989, the Vietnamese withdrew from Cambodia, and in 1991, the warring parties signed peace accords. In turn, the United Nations embarked on an unprecedented effort to build a democracy from scratch. As soldiers, police, and aid workers flooded in, UN administrators helped the Cambodians write a constitution, which declared its commitment to "principles of liberal democracy and pluralism," including due process, property rights, and freedom of expression.

And so, in 1993, Krisher started his English-and-Khmer-language newspaper out of an old hotel on the Mekong riverfront. He drafted a few Americans to run it, and they recruited Cambodian staffers who had worked as fixers or translators. In a country where the local press was mostly corrupt or partisan, the paper, whose motto was "All the news without fear or favor," aimed to embody objective journalism, and to train a generation of journalists.

Although 90 percent of eligible voters participated in the UN-administered 1993 elections, Cambodian democracy got off to a rocky start. The royalists, led by Sihanouk's son Prince Norodom Ranariddh, got the most votes, but Hun Sen's Cambodian People's Party, which came in second, refused to accept the result. After a

Case 1:22-cv-00049-LLA   Document 34   Filed 02/12/24   Page 23 of 42

standoff, Ranariddh and Hun Sen were made co–prime ministers. A bloodless coup had taken place, and the international community, wary of a return to civil war, had looked away.

The country's needs seemed infinite. Krisher pumped his connections for money and started project after project, from the orphanage and the schools to an initiative that paid families to educate their daughters. He was not fussy about his donors. One school was funded by—and named for—the brother of Henry Kissinger, who, as Nixon's secretary of state, had directed a bombing campaign that killed thousands of Cambodians. To build his hospital, Krisher partnered with a Japanese religious leader whose sect has been called a cult.

The UN stayed in Cambodia for just 18 months, after which the constitution was only lightly observed. In 1997, violent clashes pushed out Hun Sen's rivals, allowing him to take sole control, which he has never relinquished. Today he is one of the world's longest-serving leaders.

But even as Hun Sen consolidated power, his country's dependence on foreign aid required him to pay lip service to constitutional ideals. At meetings, he would hold up *The Daily* as proof of press freedom. There were hiccups: Once, during a Mekong River booze cruise, the information minister told me he was revoking the paper's license over a translation error. But Krisher used his connections to smooth things over, as he always did. Later that year, *The Daily* landed a rare interview with Hun Sen.

*The Daily* was not progovernment, but neither was it antigovernment. Our job wasn't to take down Hun Sen; it was to accurately report what was happening. Covering the country's first local elections, in 2002, I found that many Cambodians viewed the opposition, led by a French-educated former banker, as out of touch. The ruling Cambodian People's Party won by a wide margin, in an election that observers hailed as a positive step for democracy.

As for the paper's mission of training journalists, it succeeded beyond Krisher's hopes: *The Daily*'s Cambodian alumni staffed bureaus in Phnom Penh and abroad, wrote books, and directed documentaries. Over the years, as young expats came and went, the Cambodians, more so than the foreigners, were the ones training their colleagues. *The Daily*'s American alumni now work at publications including *The Atlantic*, *The New York Times*, and *The Washington Post*, and one has won a Pulitzer.

However high-quality its journalism, *The Daily*'s offices were run-down to the point of crumbling, with donated Apple IIs and salvaged furniture. In 2001, staff barely got word of the 9/11 attacks, because the cable bill hadn't been paid. As Ryun Patterson, the night editor, scrambled to update the paper, Krisher called from Washington, D.C., where he could see smoke billowing from the Pentagon. That wasn't why he was calling. He wanted to check the wording of a brief item about a staffer's defamation lawsuit.

---

## Cambodia's leader now quotes, approvingly, Donald Trump's attacks on the press.

---

The staffer, Kay Kimsong, had pioneered *The Daily*'s business coverage. When the foreign minister accused him of defamation for truthful reporting, Kimsong stood little chance in the corrupt courts. According to Kimsong, Krisher suggested Kimsong spend three days in jail and promised he would ask the King (whose father Krisher knew) to pardon and release Kimsong.

The Cambodia Daily | The Atlantic

As for me, in 2003 I went to the U.S. for chemotherapy, which was successful. Four months later, I wanted to say goodbye to Cambodia. I asked Krisher whether I could return to *The Daily* for a final month's work, but he said no. I returned anyway, and worked for free.

As krisher's health has declined, Debbie and her husband, Douglas Steele, have taken over many of his affairs. In 2014, Douglas moved from Tokyo to Phnom Penh to run *The Daily*, arriving as Cambodia's political winds were changing. Sam Rainsy, an exiled opposition leader, had been allowed back just before the 2013 elections, in what Hun Sen intended as a prodemocracy gesture. The regime was blindsided by what happened next. Tens of thousands of Cambodians showed up to Rainsy's speeches. The previously fractured opposition, which had recently united under one banner, won 45 percent of the vote to the ruling party's 49 percent, despite widespread reports of irregularities and voter suppression.

Claiming victory, the opposition launched a wave of largely nonviolent protests that continued until January 2014, when a few rogue protesters clashed with police and four were shot dead. The next day, the Interior Ministry banned political gatherings of more than 10 people, and the cowed opposition agreed to accept 55 seats in parliament to the ruling party's 68 seats.

For the next national election, in 2018, Hun Sen is not taking any chances. In August, the Krishers received a letter claiming that *The Daily* was not properly registered (it operated under a decades-old license) and that it owed 25 billion riel—about $6.3 million—in taxes. Soon after, Hun Sen, in a speech, decried the paper as a "thief." (He has taken to quoting, approvingly, Donald Trump's attacks on the press. Once a beacon of freedom to the world, America now offers inspiration to dictators.)

Case 1:22-cv-00049-LLA   Document 34   Filed 02/12/24   Page 26 of 42

*The Daily*'s advertisers withdrew, leaving it unable to operate. It announced that it would close its doors on September 4.

*The Daily* was not the only organization targeted. Radio stations broadcasting Radio Free Asia and Voice of America, U.S.-backed services that provide independent news to many rural Cambodians, were shuttered, as was the U.S.-funded National Democratic Institute.

Once, Hun Sen might have hesitated to so flagrantly defy the foreign-aid community. But Cambodia is less dependent on the West than it once was. China now provides the country with nearly four times as much direct aid as the U.S. does and is a major source of private investment. Phnom Penh, formerly a sleepy backwater, is today dotted with skyscrapers-in-progress, their scaffolding hung with Chinese signs.

On September 3, *The Daily* prepared to publish a commemorative final issue, filled with reflections and analyses. But before dawn, news broke that Kem Sokha, the leader of the opposition party, had been accused of treason and jailed. As *Daily* reporters rushed to the scene, staffers who had planned to spend a leisurely, mournful day in the newsroom found themselves expanding the edition. The news pushed *The Daily*'s closure off the top of the front page. The final issue instead featured Sokha in handcuffs, with the headline " 'Descent Into Outright Dictatorship.' "

Case 1:22-cv-00049-LLA   Document 34   Filed 02/12/24   Page 27 of 42

Things have only deteriorated since. In October, Hun Sen threatened opposition figures with arrest, and many lawmakers fled the country. The government has also moved to <u>dissolve the opposition</u>, forcing its candidates off the ballot. "The 25-year international effort to create a multiparty, rule-of-law-respecting, due-process-respecting regime in Cambodia has now died," John Sifton, Human Rights Watch's Asia advocacy director, told me. "We have reached the end of the line. Democracy is dead in Cambodia."

Debbie and Douglas say they still plan to turn *The Daily* into an online-only news service, with information from byline-less Cambodians fed to a news desk in Bangkok. But their bare-bones website is blocked in-country, and the project has hit various snags.

As for the Cambodians who worked for *The Daily*, sometimes at great personal risk, many are in difficult straits. Some have found work as stringers or fixers, but they are on a government blacklist that prevents them from covering official events. When I visited Cambodia in October, right after seeing Krisher, I traveled to Phnom Penh's outskirts to see a couple of old colleagues—Saing Soenthrith, who was orphaned by the genocide, and Van Roeun, an environmental journalist who broke important stories on the country's illegal deforestation. Roeun's foyer was filled with cages—he was raising fighting cocks to earn money for his children's school fees. Soenthrith, for his part, was dying of kidney disease.

Their plight struck me as a metaphor for the West's involvement in Cambodia: For all the good intentions, the gifts from abroad were only temporary. The structures that foreigners tried to build weren't sustainable—Cambodia's entrenched power was too ruthless, its inertial force too strong. *The Daily* couldn't survive without Krisher's force of will; democracy couldn't survive once the international community moved on.

I thought back to that day in Tokyo, when I asked Krisher if democracy succeeded in Cambodia. Debbie yelled the question into his ear. He could hardly see me and didn't remember who I was, but he glared in my direction. "It's now a democracy," he replied, haltingly.

"But they closed our paper down," Debbie shouted. "Is that a democracy?"

Krisher was silent. "Opa?" she yelled.

"Put me in the wheelchair," he muttered again.

---

*This article originally stated that Bernie Krisher failed to assist the author with a health-insurance problem in 2003, when he was her employer. The article noted that Krisher denied this, saying he had appealed to the insurance company without success. After the article went to press, Krisher located emails from that time showing that he had attempted to help the author, but that the problem had by that time been resolved. The article also stated that Sihanouk asked Krisher to give Cambodia a newspaper; in fact, he asked Krisher to help rehabilitate the country. Lastly, the article said that two alumni of* The Cambodia Daily *won Pulitzer Prizes. Only one did. We regret the errors. On January 19, 2024, as a result of a lawsuit filed by Krisher's children in Japan, the article was further updated to remove certain private details regarding Krisher's and his wife's health; to remove characterizations of the insurance offered by* The Cambodia Daily *and of Q&As Krisher conducted; to clarify the context of Krisher's interview of Emperor Hirohito; to remove an allegation made by a former colleague of Krisher's, add denials by Krisher's children and two former colleagues, and add detail about Krisher's firing; to clarify that Krisher was the chief editorial adviser, not founder, of* FOCUS, *and had previously misidentified the person featured in a photograph; to clarify that the non-payment of* The Cambodia Daily's *cable bill was not Krisher's responsibility; to clarify that Kay Kimsong's experience facing defamation charges; and to clarify a question asked by the author.*

*Support for this article was provided by a grant from the Pulitzer Center on Crisis Reporting.*

---

Molly Ball is *Time* magazine's national political correspondent and a former staff writer at *The Atlantic.*

Case 1:22-cv-00049-LLA   Document 34   Filed 02/12/24   Page 29 of 42

## MOST POPULAR

The New American Judaism

SHIRA TELUSHKIN



The James Bond Trap

JAMES PARKER



Trump Encourages Putin to Attack NATO Members

TOM NICHOLS



The Raw Talent in Usher's Halftime Show

HANNAH GIORGIS



Superb Owl Sunday VIII

ALAN TAYLOR



What If Caregiving Was About Partnership, Not Dependence?

RHAINA COHEN



Trump's America Will Lose the Climate Race

ZOË SCHLANGER



Case 1:22-cv-00049-LLA    Document 34    Filed 02/12/24    Page 30 of 42

### The Paradox of Stay-at-Home Parents

ELLIOT HASPEL



### Trump's 'Knock on the Door'

RONALD BROWNSTEIN



### Of Course Hezbollah's Play Had Live Gunfire

ROBERT F. WORTH



# The Atlantic Daily

Get our guide to the day's biggest news and ideas, delivered to your inbox every weekday and Sunday mornings. See more newsletters

Enter your email

Sign Up



## Ideas that matter.

Subscribe and support over 160 years of independent journalism.

Subscribe

About

Contact

Podcasts

Subscription

Follow

Privacy Policy   Do Not Sell Or Share My Personal Information   Advertising Guidelines   Terms & Conditions   Terms of Sale   Responsible Disclosure

Site Map

TheAtlantic.com © 2024 The Atlantic Monthly Group. All Rights Reserved.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply

# Exhibit C

⊖ 20 removals                    44 lines        ⊕ 19 additions                   44 lines

1  When the Presses Stop

2  Bernie Krisher helped bring free journalism to Cambodia. Now, as the country reverts to autocracy, his paper has been shut down. Will he survive the heartbreak? Will Cambodia?

3  BY MOLLY BALL DEC 08, 2017

4  The man on the bed in the Tokyo apartment was shriveled and weak. His bare legs poked like sticks out of his short one-piece pajamas. As he beckoned to his daughter, Debbie, his arm shook. "Put me in the wheelchair," he said in a hoarse whisper.

5  When I first met Bernie Krisher, in 2001, he was spry and wiry, with apparently infinite energy. He seemed to hardly sleep, preferring to spend every moment badgering someone for something. His had been a lifetime of willfulness. As a child, he escaped the Holocaust. As a reporter in Asia, he interviewed President Sukarno of Indonesia and the Japanese emperor Hirohito, then launched a tabloid that revolutionized Japanese media.

6  In "retirement," he became a humanitarian, flouting international sanctions to bring rice to North Korea and pouring vast sums into war-ravaged Cambodia. There he built hundreds of schools, founded an orphanage and a hospital, and started The Cambodia Daily, where I worked from 2001 to 2003. He was constantly thinking of ways to better the country—persuading J. K. Rowling to let him translate Harry Potter into Khmer (and sell copies for 50 cents), say, or helping the New York Times columnist Nicholas Kristof buy brothel workers out of servitude.

---

1  When the Presses Stop

2  Bernie Krisher helped bring free journalism to Cambodia. Now, as the country reverts to autocracy, his paper has been shut down. Will he survive the heartbreak? Will Cambodia?

3  By Molly Ball Updated and corrected on December 16, 2017 and January 19, 2024

4  The man on the bed in the Tokyo apartment was weak. As he beckoned to his daughter, Debbie, his arm shook. "Put me in the wheelchair," he said in a hoarse whisper.

5  When I first met Bernie Krisher, in 2001, he was spry and wiry, with apparently infinite energy. He seemed to hardly sleep, preferring to spend every moment badgering someone for something. His had been a lifetime of willfulness. As a child, he escaped the Holocaust. As a reporter in Asia, he interviewed President Sukarno of Indonesia and the Japanese emperor Hirohito, then launched a tabloid that revolutionized Japanese media.

6  In "retirement," he became a humanitarian, flouting international sanctions to bring rice to North Korea and pouring vast sums into war-ravaged Cambodia. There he built hundreds of schools, founded an orphanage and a hospital, and started The Cambodia Daily, where I worked from 2001 to 2003. He was constantly thinking of ways to better the country—persuading J. K. Rowling to let him translate Harry Potter into Khmer (and sell copies for 50 cents), say, or helping the New York Times columnist Nicholas Kristof buy brothel workers out of servitude.

7   But when I visited Krisher in Tokyo th
    is fall, I found him much reduced: At
    age 86, he had experienced a stroke an
    d contracted an antibiotic-resistant s
    taph infection. He could scarcely see
    or hear, and his comprehension was fog
    gy. He spent his days shuttling up and
    down the hallway between his bed and t
    he living room, where his wife, Akiko,
    who has dementia, often sat motionles
    s.

8   The last time I had been in contact wi
    th Krisher, I was the sick one. About
    a year after I'd gone to work for The
    Daily, I began to suffer from a myster
    ious illness. On my 24th birthday it w
    as diagnosed as cancer, but the flimsy
    insurance Krisher granted his expat st
    affers would not, based on a technical
    ity, cover treatment. I asked Krisher—
    who managed the paper from Tokyo, visi
    ting semiannually—whether he could hel
    p somehow. A phone call, a letter? He
    did nothing. (Krisher, through his dau
    ghter, denies this, claiming that he a
    ppealed to the insurance company witho
    ut success.) I felt, and still feel, t
    hat it was cruel and hypocritical for
    a purported humanitarian to abandon an
    employee when she became inconvenient.
    But I had not come to Tokyo to confron
    t Krisher over that long-ago incident.
    I had come because his legacy was in c
    risis, as were Cambodia's hopes for de
    mocracy.

9   The government had forced a shutdown o
    f The Daily, which, despite its tiny c
    irculation of about 5,000, had been th
    e paper of record for Cambodia's civil
    society: Its courageous reporters had
    regularly broken news that the rest of
    the country's media then followed. The
    closure was part of a broad crackdown
    on Cambodia's independent press and in
    stitutions—one that would in short ord
    er see the opposition leader jailed an
    d multiple watchdog groups shuttered.
    The bank accounts of Krisher's chariti

---

7   But when I visited Krisher in Tokyo th
    is fall, I found him much reduced: At
    age 86, he was ill and running a feve
    r. He could scarcely see or hear, and
    his comprehension was foggy.

8   The last time I had been in contact wi
    th Krisher, I was the sick one. About
    a year after I'd gone to work for The
    Daily, I began to suffer from a myster
    ious illness. On my 24th birthday it w
    as diagnosed as cancer, but the insura
    nce Krisher granted his expat staffers
    would not, based on a technicality, co
    ver treatment. I asked Krisher—who man
    aged the paper from Tokyo, visiting se
    miannually—whether he could help someh
    ow. He eventually contacted the insura
    nce company; by then, though, I had be
    gun chemotherapy, and my doctor and fa
    mily had persuaded the insurance compa
    ny to cover most of my expenses. But I
    had not come to Tokyo to confront Kris
    her over that long-ago incident. I had
    come because his legacy was in crisis,
    as were Cambodia's hopes for democrac
    y.

9   The government had forced a shutdown o
    f The Daily, which, despite its tiny c
    irculation of about 5,000, had been th
    e paper of record for Cambodia's civil
    society: Its courageous reporters had
    regularly broken news that the rest of
    the country's media then followed. The
    closure was part of a broad crackdown
    on Cambodia's independent press and in
    stitutions—one that would in short ord
    er see the opposition leader jailed an
    d multiple watchdog groups shuttered.
    The bank accounts of Krisher's chariti

es had been frozen, and Debbie and her husband, who ran the charities day to day, had been threatened with arrest.

10   Krisher wanted to tackle the problem the way he had always tackled problems—by storming in and demanding to be heard. He had planned to fly to Cambodia the day I visited, but his doctors had talked him out of the trip. If the flight didn't finish him off, they worried, the Cambodians might: His name was posted in every passport-control kiosk at the Phnom Penh airport.

11   To appease her father, Debbie had tried distracting him: The paper wasn't ending, she said, just being reincarnated.

12   "What are we doing with The Cambodia Daily?" she yelled into his ear. "Opa, what are we going to do?"

13   "We're taking it offshore," he said.

14   Krisher was born in Frankfurt in 1931 to Polish Jewish parents. In 1937, the family fled Germany, eventually settling in Queens. After college and the Army, Krisher spent a year in Tokyo on a Ford Foundation grant. He fell in love with his interpreter and brought her back to New York, where they married. In 1962, the couple returned to Japan, and he got a job at Newsweek. Krisher, who worked his way up to bureau chief, specialized in writing puffy Q&As; he was legendary for who he knew. Once, in a Tokyo bookstore, he buttonholed Sukarno, who called Krisher "crazy"—and invited him to Jakarta. In turn, Sukarno introduced him to the Cambodian leader Norodom Sihanouk, a former king who, following Cambodia's independence from French rule in 1953, had refashioned himself as prime minister, albeit an autocratic one. Krisher's proudest achievement was an exclusive interview with Hirohito, which he still boasts is the only one the Japanese emperor ever granted. In fact, this is typical K

---

es had been frozen, and Debbie and her husband, who ran the charities day to day, had been threatened with arrest.

10   Krisher wanted to tackle the problem the way he had always tackled problems—by storming in and demanding to be heard. He had planned to fly to Cambodia the day I visited, but his doctors had talked him out of the trip. If the flight didn't finish him off, they worried, the Cambodians might: His name was posted in every passport-control kiosk at the Phnom Penh airport.

11   To appease her father, Debbie had tried distracting him: The paper wasn't ending, she said, just being reincarnated.

12   "What are we doing with The Cambodia Daily?" she yelled into his ear. "Opa, what are we going to do?"

13   "We're taking it offshore," he said.

14   Krisher was born in Frankfurt in 1931 to Polish Jewish parents. In 1937, the family fled Germany, eventually settling in Queens. After college and the Army, Krisher spent a year in Tokyo on a Ford Foundation grant. He fell in love with his interpreter and brought her back to New York, where they married. In 1962, the couple returned to Japan, and he got a job at Newsweek. Krisher, who worked his way up to bureau chief, specialized in writing Q&As; he was legendary for who he knew. Once, in a Tokyo bookstore, he buttonholed Sukarno, who called Krisher "crazy"—and invited him to Jakarta. In turn, Sukarno introduced him to the Cambodian leader Norodom Sihanouk, a former king who, following Cambodia's independence from French rule in 1953, had refashioned himself as prime minister, albeit an autocratic one. Krisher also boasted of his 1975 interview of Emperor Hirohito, telling an interviewer in 1989 that it was his "greatest, most difficult feat and probably the thing that I treasure most."

risherian exaggeration: Hirohito gave many such interviews.

15  Krisher was also famous for his difficult personality. Imperious and bullying, he berated staffers for failing at tasks he'd never assigned them. According to Alan Field, a reporter who worked under Krisher, he caused at least one young woman at Newsweek to have a nervous breakdown. Eventually, he was fired.

16  Not Long afterward, Krisher founded his own magazine, a gossipy weekly called Focus. Modeled on People, it made its name off tawdry scoops, such as a photo of a politician urinating on a ginkgo tree, and another photo that Krisher described as "Mia Farrow getting out of a car and her legs were spread apart and she wasn't wearing panties." Focus, which is now defunct, sold millions of copies and (together with a Newsweek termination settlement) helped make Krisher rich. Despite the magazine's profitability, when I spoke with Krisher in Tokyo, he expressed regret. "It was pornography," he told me.

17  In the early 1990s, his old friend Sihanouk, the deposed Cambodian leader, called to ask a favor. The country had recently emerged from decades of civil war, and its people were preparing for their first real election. Sihanouk asked Krisher whether he would be willing to give Cambodia a newspaper.

18  Krisher, naturally, said yes.

19  Sihanouk's years out of power had marked a bloody period for Cambodia. The Communist Khmer Rouge came to power in 1975 and orchestrated a genocide that killed as many as 3 million Cambodians. In 1979, the regime was driven out by the Vietnamese, who occupied the country for a decade while the Khmer Rouge waged resistance from the countrysi

15  Krisher was also famous for his difficult personality. Imperious and bullying, he berated staffers for failing at tasks he'd never assigned them. (Krisher's children Deborah and Joseph denied this, as did two female staffers who worked at Newsweek at the time.) Eventually, he was fired, which Krisher attributed to a "falling out" with an editor.

16  Not Long afterward, Krisher became the chief editorial adviser of a new magazine, a gossipy weekly called Focus. Modeled on People, it made its name off tawdry scoops, such as a photo of a politician urinating on a ginkgo tree, and another photo that Krisher described as "Mia Farrow getting out of a car and her legs were spread apart and she wasn't wearing panties." (Actually, it was Farrah Fawcett.) Focus, which is now defunct, sold millions of copies and (together with a Newsweek termination settlement) helped make Krisher rich. Despite the magazine's profitability, when I spoke with Krisher in Tokyo, he expressed regret. "It was pornography," he told me.

17  In the early 1990s, his old friend Sihanouk, the deposed Cambodian leader, called to ask a favor. The country had recently emerged from decades of civil war, and its people were preparing for their first real election. Sihanouk asked Krisher whether he would be willing to help rehabilitate Cambodia.

18  Krisher, naturally, said yes.

19  Sihanouk's years out of power had marked a bloody period for Cambodia. The Communist Khmer Rouge came to power in 1975 and orchestrated a genocide that killed as many as 3 million Cambodians. In 1979, the regime was driven out by the Vietnamese, who occupied the country for a decade while the Khmer Rouge waged resistance from the countrysi

de. The Vietnamese tapped as their pri
me minister a former Khmer Rouge comma
nder named Hun Sen.

20  In 1989, the Vietnamese withdrew from
Cambodia, and in 1991, the warring par
ties signed peace accords. In turn, th
e United Nations embarked on an unprec
edented effort to build a democracy fr
om scratch. As soldiers, police, and a
id workers flooded in, UN administrato
rs helped the Cambodians write a const
itution, which declared its commitment
to "principles of liberal democracy an
d pluralism," including due process, p
roperty rights, and freedom of express
ion.

21  And so, in 1993, Krisher started his E
nglish-and-Khmer-language newspaper ou
t of an old hotel on the Mekong riverf
ront. He drafted a few Americans to ru
n it, and they recruited Cambodian sta
ffers who had worked as fixers or tran
slators. In a country where the local
press was mostly corrupt or partisan,
the paper, whose motto was "All the ne
ws without fear or favor," aimed to em
body objective journalism, and to trai
n a generation of journalists.

22  Although 90 percent of eligible voters
participated in the UN-administered 19
93 elections, Cambodian democracy got
off to a rocky start. The royalists, l
ed by Sihanouk's son Prince Norodom Ra
nariddh, got the most votes, but Hun S
en's Cambodian People's Party, which c
ame in second, refused to accept the r
esult. After a standoff, Ranariddh and
Hun Sen were made co-prime ministers.
A bloodless coup had taken place, and
the international community, wary of a
return to civil war, had looked away.

23  The country's needs seemed infinite. K
risher pumped his connections for mone
y and started project after project, f
rom the orphanage and the schools to a
n initiative that paid families to edu
cate their daughters. He was not fussy
about his donors. One school was funde

d by—and named for—the brother of Henry Kissinger, who, as Nixon's secretary of state, had directed a bombing campaigns that killed thousands of Cambodians. To build his hospital, Krisher partnered with a Japanese religious leader whose sect has been called a cult.

24  The UN stayed in Cambodia for just 18 months, after which the constitution was only lightly observed. In 1997, violent clashes pushed out Hun Sen's rivals, allowing him to take sole control, which he has never relinquished. Today he is one of the world's longest-serving leaders.

25  But even as Hun Sen consolidated power, his country's dependence on foreign aid required him to pay lip service to constitutional ideals. At meetings, he would hold up The Daily as proof of press freedom. There were hiccups: Once, during a Mekong River booze cruise, the information minister told me he was revoking the paper's license over a translation error. But Krisher used his connections to smooth things over, as he always did. Later that year, The Daily landed a rare interview with Hun Sen.

26  The Daily was not progovernment, but neither was it antigovernment. Our job wasn't to take down Hun Sen; it was to accurately report what was happening. Covering the country's first local elections, in 2002, I found that many Cambodians viewed the opposition, led by a French-educated former banker, as out of touch. The ruling Cambodian People's Party won by a wide margin, in an election that observers hailed as a positive step for democracy.

27  As for the paper's mission of training journalists, it succeeded beyond Krisher's hopes: The Daily's Cambodian alumni staffed bureaus in Phnom Penh and abroad, wrote books, and directed documentaries. Over the years, as young expats came and went, the Cambodians, mor

e so than the foreigners, were the one
s training their colleagues. The Dail
y's American alumni now work at public
ations including The Atlantic, The New
York Times, and The Washington Post, a
nd two have won Pulitzers.

28 However high-quality its journalism, T
he Daily's offices were run-down to th
e point of crumbling, with donated App
le IIs and salvaged furniture. In 200
1, staff barely got word of the 9/11 a
ttacks, because Krisher hadn't paid th
e cable bill. As Ryun Patterson, the n
ight editor, scrambled to update the p
aper, Krisher called from Washington,
D.C., where he could see smoke billowi
ng from the Pentagon. That wasn't why
he was calling. He wanted to check the
wording of a brief item about a staffe
r's defamation lawsuit.

29 The staffer, Kay Kimsong, had pioneere
d The Daily's business coverage. When
the foreign minister accused him of de
famation for truthful reporting, Kimso
ng stood little chance in the corrupt
courts. Still, Krisher left Kimsong re
sponsible for his own defense—and sugg
ested that he spend a few days in jail
as a goodwill gesture. Kimsong soon le
ft to work for the country's other Eng
lish-language paper, The Phnom Penh Po
st, which (unlike The Daily) encourage
d Cambodians to work in management.

30 As for me, in 2003 I went to the U.S.
for chemotherapy, which was successfu
l. Four months later, I wanted to say
goodbye to Cambodia. I asked Krisher w
hether I could return to The Daily for
a final month's work, but he said no.
I returned anyway, and worked for fre
e.

31 As Krisher's health has declined, Debb
ie and her husband, Douglas Steele, ha
ve taken over many of his affairs. In
2014, Douglas moved from Tokyo to Phno
m Penh to run The Daily, arriving as C
ambodia's political winds were changin
g. Sam Rainsy, an exiled opposition le

**Right column (revised):**

e so than the foreigners, were the one
s training their colleagues. The Dail
y's American alumni now work at public
ations including The Atlantic, The New
York Times, and The Washington Post, a
nd one has won a Pulitzer.

28 However high-quality its journalism, T
he Daily's offices were run-down to th
e point of crumbling, with donated App
le IIs and salvaged furniture. In 200
1, staff barely got word of the 9/11 a
ttacks, because the cable bill hadn't
been paid. As Ryun Patterson, the nigh
t editor, scrambled to update the pape
r, Krisher called from Washington, D.
C., where he could see smoke billowing
from the Pentagon. That wasn't why he
was calling. He wanted to check the wo
rding of a brief item about a staffe
r's defamation lawsuit.

29 The staffer, Kay Kimsong, had pioneere
d The Daily's business coverage. When
the foreign minister accused him of de
famation for truthful reporting, Kimso
ng stood little chance in the corrupt
courts. According to Kimsong, Krisher
suggested Kimsong spend three days in
jail and promised he would ask the Kin
g (whose father Krisher knew) to pardo
n and release Kimsong.

30 As for me, in 2003 I went to the U.S.
for chemotherapy, which was successfu
l. Four months later, I wanted to say
goodbye to Cambodia. I asked Krisher w
hether I could return to The Daily for
a final month's work, but he said no.
I returned anyway, and worked for fre
e.

31 As Krisher's health has declined, Debb
ie and her husband, Douglas Steele, ha
ve taken over many of his affairs. In
2014, Douglas moved from Tokyo to Phno
m Penh to run The Daily, arriving as C
ambodia's political winds were changin
g. Sam Rainsy, an exiled opposition le

ader, had been allowed back just befor e the 2013 elections, in what Hun Sen intended as a prodemocracy gesture. Th e regime was blindsided by what happen ed next. Tens of thousands of Cambodia ns showed up to Rainsy's speeches. The previously fractured opposition, which had recently united under one banner, won 45 percent of the vote to the ruli ng party's 49 percent, despite widespr ead reports of irregularities and vote r suppression.

32 Claiming victory, the opposition launc hed a wave of largely nonviolent prote sts that continued until January 2014, when a few rogue protesters clashed wi th police and four were shot dead. The next day, the Interior Ministry banned political gatherings of more than 10 p eople, and the cowed opposition agreed to accept 55 seats in parliament to th e ruling party's 68 seats.

33 For the next national election, in 201 8, Hun Sen is not taking any chances. In August, the Krishers received a let ter claiming that The Daily was not pr operly registered (it operated under a decades-old license) and that it owed 25 billion riel—about $6.3 million—in taxes. Soon after, Hun Sen, in a speec h, decried the paper as a "thief." (He has taken to quoting, approvingly, Don ald Trump's attacks on the press. Once a beacon of freedom to the world, Amer ica now offers inspiration to dictator s.) The Daily's advertisers withdrew, leaving it unable to operate. It annou nced that it would close its doors on September 4.

34 The Daily was not the only organizatio n targeted. Radio stations broadcastin g Radio Free Asia and Voice of Americ a, U.S.-backed services that provide i ndependent news to many rural Cambodia ns, were shuttered, as was the U.S.-fu nded National Democratic Institute.

35 Once, Hun Sen might have hesitated to so flagrantly defy the foreign-aid com

munity. But Cambodia is less dependent
on the West than it once was. China no
w provides the country with nearly fou
r times as much direct aid as the U.S.
does and is a major source of private
investment. Phnom Penh, formerly a sle
epy backwater, is today dotted with sk
yscrapers-in-progress, their scaffoldi
ng hung with Chinese signs.

36  On September 3, The Daily prepared to
publish a commemorative final issue, f
illed with reflections and analyses. B
ut before dawn, news broke that Kem So
kha, the leader of the opposition part
y, had been accused of treason and jai
led. As Daily reporters rushed to the
scene, staffers who had planned to spe
nd a leisurely, mournful day in the ne
wsroom found themselves expanding the
edition. The news pushed The Daily's c
losure off the top of the front page.
The final issue instead featured Sokha
in handcuffs, with the headline "'Desc
ent Into Outright Dictatorship.'"

37  Things have only deteriorated since. I
n October, Hun Sen threatened oppositi
on figures with arrest, and many lawma
kers fled the country. The government
has also moved to dissolve the opposit
ion, forcing its candidates off the ba
llot. "The 25-year international effor
t to create a multiparty, rule-of-law-
respecting, due-process-respecting reg
ime in Cambodia has now died," John Si
fton, Human Rights Watch's Asia advoca
cy director, told me. "We have reached
the end of the line. Democracy is dead
in Cambodia."

38  Debbie and Douglas say they still plan
to turn The Daily into an online-only
news service, with information from by
line-less Cambodians fed to a news des
k in Bangkok. But their bare-bones web
site is blocked in-country, and the pr
oject has hit various snags.

39  As for the Cambodians who worked for T
he Daily, sometimes at great personal
risk, many are in difficult straits. S

ome have found work as stringers or fixers, but they are on a government blacklist that prevents them from covering official events. When I visited Cambodia in October, right after seeing Krisher, I traveled to Phnom Penh's outskirts to see a couple of old colleagues—Saing Soenthrith, who was orphaned by the genocide, and Van Roeun, an environmental journalist who broke important stories on the country's illegal deforestation. Roeun's foyer was filled with cages—he was raising fighting cocks to earn money for his children's school fees. Soenthrith, for his part, was dying of kidney disease.

40   Their plight struck me as a metaphor for the West's involvement in Cambodia: For all the good intentions, the gifts from abroad were only temporary. The structures that foreigners tried to build weren't sustainable—Cambodia's entrenched power was too ruthless, its inertial force too strong. The Daily couldn't survive without Krisher's force of will; democracy couldn't survive once the international community moved on.

41   I thought back to that day in Tokyo, when I asked Krisher what he believed his newspaper had contributed to Cambodian society. Debbie yelled the question into his ear. He could hardly see me and didn't remember who I was, but he glared in my direction. "It's now a democracy," he replied, haltingly.

42   "But they closed our paper down," Debbie shouted. "Is that a democracy?"

43   Krisher was silent. "Opa?" she yelled.

44   "Put me in the wheelchair," he muttered again.

---

ome have found work as stringers or fixers, but they are on a government blacklist that prevents them from covering official events. When I visited Cambodia in October, right after seeing Krisher, I traveled to Phnom Penh's outskirts to see a couple of old colleagues—Saing Soenthrith, who was orphaned by the genocide, and Van Roeun, an environmental journalist who broke important stories on the country's illegal deforestation. Roeun's foyer was filled with cages—he was raising fighting cocks to earn money for his children's school fees. Soenthrith, for his part, was dying of kidney disease.

40   Their plight struck me as a metaphor for the West's involvement in Cambodia: For all the good intentions, the gifts from abroad were only temporary. The structures that foreigners tried to build weren't sustainable—Cambodia's entrenched power was too ruthless, its inertial force too strong. The Daily couldn't survive without Krisher's force of will; democracy couldn't survive once the international community moved on.

41   I thought back to that day in Tokyo, when I asked Krisher if democracy succeeded in Cambodia. Debbie yelled the question into his ear. He could hardly see me and didn't remember who I was, but he glared in my direction. "It's now a democracy," he replied, haltingly.

42   "But they closed our paper down," Debbie shouted. "Is that a democracy?"

43   Krisher was silent. "Opa?" she yelled.

44   "Put me in the wheelchair," he muttered again.