IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUTH SHALIT BARRETT**, <br><br> Plaintiff, <br><br> v. <br><br> **THE ATLANTIC MONTHLY GROUP LLC**, <br><br> and <br><br> **DONALD CHRISTOPHER PECK**, <br><br> Defendants. | Case No.: 1:22-cv-00049-EGS |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Leora Friedman will no longer server as an attorney of record for Plaintiff Ruth Shalit Barrett. Ms. Friedman is leaving the law firm of Tycko & Zavareei LLP on July 19, 2024 and will be unable to continue her representation of the Plaintiff. Plaintiff will continue to be represented by Hassan A. Zavareei of Tycko & Zavareei LLP. All parties and counsel of record are requested to update their service lists accordingly.

1

Dated: July 19, 2024                             Respectfully submitted,

*/s/ Leora Friedman*
Leora Friedman (No. 1735514)
Hassan A. Zavareei (No. 456161)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, D.C. 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
lfriedman@tzlegal.com
hzavareei@tzlegal.com

*Counsel for Plaintiff*

/s/ Ruth Shalit Barrett
Ruth Shalit Barrett

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2024, a copy of the foregoing was filed electronically with the Clerk of Court to be served through the Court's electronic filing system, which shall serve all parties through their counsel registered with CM/ECF.

                                                    */s/ Leora Friedman*
                                                    Leora Friedman