# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RUTH SHALIT BARRETT,

        Plaintiff,

    v.

THE ATLANTIC MONTHLY GROUP LLC and
DONALD CHRISTOPHER PECK,

        Defendants.

Civil Action No. 22-49 (LLA)

## JOINT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE
## AND STAY DISCOVERY

Plaintiff Ruth Shalit Barrett and Defendants The Atlantic Monthly Group LLP and Donald Christopher Peck jointly respectfully request that the Initial Scheduling Conference be continued and discovery be stayed in this matter pending the Parties' completion of a scheduled mediation.

1.      On September 9, 2024, the Court issued its Memorandum Opinion and Order granting in part and denying in part Defendants' Motion to Dismiss the Amended Complaint. ECF No. 38.

2.      On October 15, 2024, Defendants filed their Answer. ECF No. 40.

3.      On November 2, 2024, the Court set an Initial Scheduling Conference for December 4, 2024. ECF No. 41.

4.      The Parties have conferred and agreed to attempt to resolve their dispute through mediation prior to the initiation of discovery. A premise of that agreement to mediate is that the Parties not incur the burden and expense of discovery pending the outcome of the mediation. Mediation is set for January 15, 2025, when the chosen mediator, the Parties, and their counsel are

available.

5.      Accordingly, the Parties jointly move to continue the Initial Scheduling Conference now set for December 4, 2025 until approximately 30 days following the mediation—i.e., the week of February 17, 2025.  In the alternative, should the Court wish, the Parties could provide the Court with a status report following the mediation and, if needed depending on the outcome of the mediation, then schedule an Initial Scheduling Conference.  The Parties further agree and request that discovery be stayed pending the mediation.

Dated:  November 6, 2024                            Respectfully Submitted,

*/s/ Hassan A. Zavareei*___                        */s/ Stephen J. Fuzesi*____
Hassan A. Zavareei (DC Bar No. 456161)            Stephen J. Fuzesi (D.C. Bar. No. 496723)
Leora Friedman (DC Bar No. 1735514)               Joseph M. Terry (D.C. Bar No. 473095)
TYCKO & ZAVAREEI LLP                              WILLIAMS & CONNOLLY LLP
2000 Pennsylvania Avenue NW, Suite 1010           680 Maine Avenue SW
Washington, DC 20006                              Washington, DC 20024
Telephone: (202) 973-0900                         Telephone: (202) 434-5000
Facsimile: (202) 973-0950                          Facsimile: (202) 434-5029
*hzavareei@tzlegal.com*                            *sfuzesi@wc.com*
                                                  *jterry@wc.com*

Elliot C. Rothenberg (*pro hac vice*)
Attorney at Law                                   *Attorneys for Defendants The Atlantic*
124 Groveland Avenue                              *Monthly Group LLC and Donald*
Minneapolis, MN 55403-3607                         *Christopher Peck*
Telephone: (612) 508-5373
*ecrothenberg@gmail.com*

Alexander Rufus-Isaacs (*pro hac vice*)
Rufus-Isaacs, Acland & Grantham, LLP
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
Telephone: (310) 770-1307
Facsimile: (424) 258-7383
*aisaacs@rufuslaw.com*

*Attorneys for Plaintiff Ruth Shalit Barrett*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2024, the foregoing Joint Motion to Continue Initial Scheduling Conference was filed via the Court's electronic filing system, and served via that system upon all parties required to be served.

Dated: November 6, 2024                 By:     _/s/ Stephen J. Fuzesi_____
                                                Stephen J. Fuzesi