UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH SHALIT BARRETT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE ATLANTIC MONTHLY GROUP LLC and DONALD CHRISTOPHER PECK,<br><br>　　　　　　Defendants. | Civil Action No. 22-49 (LLA) |

## JOINT STATUS REPORT

Pursuant to the Court's November 7, 2024 Order, Plaintiff Ruth Shalit Barrett and Defendants The Atlantic Monthly Group LLP and Donald Christopher Peck submit this joint status report updating the Court on the status of their mediation efforts.

1.　The parties have engaged a mediator and held a preliminary discussion with the mediator. The mediation was initially scheduled for January 15, 2025. Because of scheduling conflicts on the part of plaintiff and plaintiff's counsel, the mediation has been rescheduled for February 21, 2025.

2.　The parties propose that they submit another status report by February 28, 2025, on the status of their mediation efforts following the mediation.

Dated: January 29, 2025

*/s/ Hassan A. Zavareei*
Hassan A. Zavareei (DC Bar No. 456161)
Leora Friedman (DC Bar No. 1735514)
TYCKO & ZAVAREEI LLP
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006

Respectfully Submitted,

*/s/ Stephen J. Fuzesi*
Stephen J. Fuzesi (D.C. Bar. No. 496723)
Joseph M. Terry (D.C. Bar. No. 473095)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024

Telephone: (202) 973-0900
Facsimile: (202) 973-0950
*hzavareei@tzlegal.com*

Elliot C. Rothenberg (*pro hac vice*)
Attorney at Law
124 Groveland Avenue
Minneapolis, MN 55403-3607
Telephone: (612) 508-5373
*ecrothenberg@gmail.com*

Alexander Rufus-Isaacs (*pro hac vice*)
Rufus-Isaacs, Acland & Grantham, LLP
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
Telephone: (310) 770-1307
Facsimile: (424) 258-7383
*aisaacs@rufuslaw.com*

*Attorneys for Plaintiff Ruth Shalit Barrett*

Telephone: (202) 434-5000
Facsimile: (202) 434-5029
*sfuzesi@wc.com*
*jterry@wc.com*

*Attorneys for Defendants The Atlantic Monthly Group LLC and Donald Christopher Peck*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2025, the foregoing Joint Status Report was filed via the Court's electronic filing system, and served via that system upon all parties required to be served.

Dated: January 29, 2025                                  By:     */s/ Stephen J. Fuzesi*
                                                                                Stephen J. Fuzesi