# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH SHALIT BARRETT,<br><br>                Plaintiff,<br><br>      v.<br><br>THE ATLANTIC MONTHLY GROUP LLC and DONALD CHRISTOPHER PECK,<br><br>                Defendants. | Civil Action No. 22-49 (LLA) |

## JOINT STATUS REPORT

Pursuant to the Court's January 29, 2025 Order, Plaintiff Ruth Shalit Barrett and Defendants The Atlantic Monthly Group LLP and Donald Christopher Peck submit this joint status report updating the Court on the status of their mediation efforts.

1. Plaintiff has replaced her counsel in this matter. New counsel entered their appearances on February 11, 2025. *See* ECF Nos. 44-45. The parties conducted a call with the mediator on February 14 to discuss the matter. In order to provide new counsel time to get up to speed on the case, the mediation scheduled for February 21 has been rescheduled at Plaintiff's request for April 4.

2. The parties propose that they submit another status report by April 15, 2025, on the status of their mediation efforts following the rescheduled mediation.

Dated: February 26, 2025

Respectfully Submitted,

/s/ *Megan L. Meier*
Megan L. Meier (DC Bar No. 985553)
Shannon B. Timmann (DC Bar No. 1614929)
MEIER WATKINS PHILLIPS PUSCH LLP

/s/ *Stephen J. Fuzesi*
Stephen J. Fuzesi (D.C. Bar. No. 496723)
Joseph M. Terry (D.C. Bar No. 473095)
WILLIAMS & CONNOLLY LLP

919 18TH St NW, Suite 650  
Washington, DC 20006  
Telephone: (202) 318-3655  
Email: megan.meier@mwpp.com  
Email: shannon.timmann@mwpp.com  

*Attorneys for Plaintiff Ruth Shalit Barrett*

680 Maine Avenue SW  
Washington, DC 20024  
Telephone: (202) 434-5000  
Facsimile: (202) 434-5029  
sfuzesi@wc.com  
jterry@wc.com  

*Attorneys for Defendants The Atlantic Monthly Group LLC and Donald Christopher Peck*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2025, the foregoing Joint Status Report was filed via the Court's electronic filing system, and served via that system upon all parties required to be served.

Dated: February 26, 2025                By:    */s/ Stephen J. Fuzesi*
                                                        Stephen J. Fuzesi