**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RUTH SHALIT BARRETT,

               Plaintiff,

    v.

THE ATLANTIC MONTHLY GROUP LLC and
DONALD CHRISTOPHER PECK,

              Defendants.

Civil Action No. 22-49 (LLA)

## JOINT STATUS REPORT

Pursuant to the Court's February 28, 2025 Order, Plaintiff Ruth Shalit Barrett and Defendants The Atlantic Monthly Group LLP and Donald Christopher Peck submit this joint status report updating the Court on the status of their mediation efforts.

1.      The parties participated in a mediation on April 4, 2025, and agreed to resolve their dispute. They are currently finalizing the resolution, which they anticipate completing shortly.

2.      The parties propose that they submit another status report by May 15, 2025, unless a stipulation of dismissal is filed earlier.

Dated: April 11, 2025

Respectfully Submitted,

/s/ *Megan L. Meier*
Megan L. Meier (DC Bar No. 985553)
Shannon B. Timmann (DC Bar No. 1614929)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18TH St NW, Suite 650
Washington, DC 20006
Telephone: (202) 318-3655
Email: megan.meier@mwpp.com
Email: shannon.timmann@mwpp.com

/s/ *Stephen J. Fuzesi*
Stephen J. Fuzesi (D.C. Bar. No. 496723)
Joseph M. Terry (D.C. Bar. No. 473095)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
sfuzesi@wc.com
jterry@wc.com

*Attorneys for Plaintiff Ruth Shalit Barrett*

*Attorneys for Defendants The Atlantic Monthly Group LLC and Donald Christopher Peck*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2025, the foregoing Joint Status Report was filed via the

Court's electronic filing system, and served via that system upon all parties required to be served.


Dated: April 11, 2025                          By:     */s/ Stephen J. Fuzesi*
                                                          Stephen J. Fuzesi