**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RUTH SHALIT BARRETT,<br><br>        Plaintiff,<br><br>        v.<br><br>THE ATLANTIC MONTHLY GROUP LLC and<br>DONALD CHRISTOPHER PECK,<br><br>        Defendants. | Civil Action No. 22-49 (LLA) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 11, 2025 Order, Plaintiff Ruth Shalit Barrett and Defendants The Atlantic Monthly Group LLP and Donald Christopher Peck submit this joint status report updating the Court on the status of their mediation efforts.

1.      The parties participated in a mediation on April 4, 2025, and agreed to resolve their dispute. They are currently continuing to finalize the resolution, which they continue to anticipate will be completed shortly.

2.      The parties propose that they submit another status report by July 3, 2025, unless a stipulation of dismissal is filed earlier.

Dated: May 14, 2025                                        Respectfully Submitted,

/s/ *Megan L. Meier*                                       /s/ *Stephen J. Fuzesi*
Megan L. Meier (DC Bar No. 985553)          Stephen J. Fuzesi (D.C. Bar. No. 496723)
Shannon B. Timmann (DC Bar No. 1614929)  Joseph M. Terry (D.C. Bar No. 473095)
MEIER WATKINS PHILLIPS PUSCH LLP      WILLIAMS & CONNOLLY LLP
919 18TH St NW, Suite 650                           680 Maine Avenue SW
Washington, DC 20006                                   Washington, DC 20024
Telephone: (202) 318-3655                            Telephone: (202) 434-5000
Email: megan.meier@mwpp.com                     Facsimile: (202) 434-5029

Email: shannon.timmann@mwpp.com

*Attorneys for Plaintiff Ruth Shalit Barrett*

*sfuzesi@wc.com*
*jterry@wc.com*

*Attorneys for Defendants The Atlantic Monthly Group LLC and Donald Christopher Peck*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 14, 2025, the foregoing Joint Status Report was filed via the

Court's electronic filing system, and served via that system upon all parties required to be served.


Dated: May 14, 2025                                    By:      */s/ Stephen J. Fuzesi*
                                                                        Stephen J. Fuzesi