UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH SHALIT BARRETT,<br><br>    Plaintiff,<br><br>  v.<br><br>THE ATLANTIC MONTHLY GROUP LLC and DONALD CHRISTOPHER PECK,<br><br>    Defendants. | Civil Action No. 22-49 (LLA) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties stipulate to the voluntary dismissal with prejudice of this action. All parties shall bear their own costs.

Dated: June 27, 2025

/s/ *Shannon B. Timmann*
Megan L. Meier (DC Bar No. 985553)
Shannon B. Timmann (DC Bar No. 1614929)
MEIER WATKINS PHILLIPS PUSCH LLP
919 18TH St NW, Suite 650
Washington, DC 20006
Telephone: (202) 318-3655
Email: megan.meier@mwpp.com
Email: shannon.timmann@mwpp.com

*Attorneys for Plaintiff Ruth Shalit Barrett*

Respectfully Submitted,

*/s/ Stephen J. Fuzesi*
Stephen J. Fuzesi (D.C. Bar. No. 496723)
Joseph M. Terry (D.C. Bar. No. 473095)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
*sfuzesi@wc.com*
*jterry@wc.com*

*Attorneys for Defendants The Atlantic Monthly Group LLC and Donald Christopher Peck*